IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT,   )<br>    Plaintiff       )<br>             )<br>       v.      )<br>             )<br>BUILDING MATERIALS CORPORATION  )<br>OF AMERICA d/b/a GAF MATERIALS  )<br>CORPORATION and/or BUILDING    )<br>MATERIALS MANUFACTURING     )<br>CORPORATION and JOE RINDERLE,  )<br>    Defendants      ) | CIVIL ACTION<br><br>NO. 03-410 ERIE |

**DEFENDANTS' MOTION FOR LEAVE TO**
**FILE A BRIEF IN EXCESS OF 25 PAGES**

Defendants BUILDING MATERIALS CORPORATION OF AMERICA d/b/a GAF MATERIALS CORPORATION and/or BUILDING MATERIALS MANUFACTURING CORPORATION and JOE RINDERLE, by their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Motion for Leave to File a Brief in Excess of 25 Pages:

1.   This civil action involves the following claims by plaintiff David H. Knight (hereinafter "Knight") against defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation (hereinafter "GAF Materials") and Joe Rinderle (hereinafter "Rinderle"), all based upon alleged racial discriminatory practices:

    (1)    Count I (Civil Rights), alleging impairment of the right to make and enforce contracts in violation of 42 U.S.C. § 1981 (hereinafter "§ 1981);

    (2)    Count II (Employment Discrimination), alleging race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* (hereinafter "Title VII"); and

    (3)    Count III (Employment Discrimination), alleging race discrimination in violation of the Pennsylvania Human Relations Act, 43 P.S. § 951, *et seq.* (hereinafter "PHRA").

(Second Amended Complaint, ¶¶ 1-30).

    2.    By Order of Court dated May 11, 2005, this Honorable Court revised the pretrial schedule in this civil action, including the date for the filing of Dispositive Motions, and also directed that Briefs in Support of Dispositive Motions should not exceed 25 pages in length except by leave of Court. (Order of Court dated 5/11/05).

    3.    Defendant GAF Materials intends to file a Motion for Summary Judgment with respect to the claims under § 1981, Title VII, and the PHRA set forth by plaintiff Knight in his Second Amended Complaint.

    4.    This case involves an extensive pretrial record and numerous legal issues that will need to be addressed in order to resolve the Motion for Summary Judgment.

    5.    In order to fully and properly present the facts contained in the summary judgment record, as well as its defenses and legal arguments in support of the Motion for Summary Judgment, defendant GAF Materials seeks leave to file a Brief in Support of Motion for Summary Judgment that will exceed 25 pages in length.

WHEREFORE, defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle respectfully request this Honorable Court to enter an Order granting defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle leave to file a Brief in Support of Defendants' Motion for Summary Judgment in excess of 25 pages in length.

Respectfully submitted,

    s/ Walter E. "Stormy" Deacon III
Lisa Smith Presta
PA ID No. 65527
Walter E. "Stormy" Deacon III
PA ID No. 82961
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600

Attorneys for Defendants
  Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle

---

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon all other parties appearing of record by First-Class United States Mail sent on _____ July 13 _____, 2005.

    s/ Walter E. "Stormy" Deacon III

---

898573