IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT,<br>    Plaintiff<br><br>    v.<br><br>BUILDING MATERIALS CORPORATION<br>OF AMERICA d/b/a GAF MATERIALS<br>CORPORATION and/or BUILDING<br>MATERIALS MANUFACTURING<br>CORPORATION and JOE RINDERLE,<br>    Defendants | CIVIL ACTION<br><br>NO. 03-410 ERIE |

## ORDER

AND NOW, to-wit, this _____ day of July, 2005, upon consideration of the foregoing Defendants' Motion for Leave to File a Brief in Excess of 25 Pages and for the reasons set forth therein,

IT IS ORDERED that Defendants' Motion for Leave to File a Brief in excess of 25 Pages is hereby GRANTED and that defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle are hereby permitted to file a Brief in Support of Defendants' Motion for Summary Judgment in excess of 25 pages in length

                                                                              Sean J. McLaughlin
                                                                 United States District Judge

898604