IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DAVID H. KNIGHT,                              )    CIVIL ACTION
    Plaintiff                            )
                                             )    NO. 03-410 ERIE
       v.                             )
                                             )
BUILDING MATERIALS CORPORATION               )
OF AMERICA d/b/a GAF MATERIALS               )
CORPORATION and/or BUILDING                  )
MATERIALS MANUFACTURING                      )
CORPORATION and JOE RINDERLE,                )
    Defendants                           )


## **ORDER**


      AND NOW, to-wit, this 14th day of July, 2005, upon consideration of the foregoing Defendants' Motion for Leave to File a Brief in Excess of 25 Pages and for the reasons set forth therein,

      IT IS ORDERED that Defendants' Motion for Leave to File a Brief in excess of 25 Pages is hereby GRANTED and that defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle are hereby permitted to file a Brief in Support of Defendants' Motion for Summary Judgment in excess of 25 pages in length


                                  _____
                                      Sean J. McLaughlin
                               United States District Judge