IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT,<br>    Plaintiff | ) CIVIL ACTION<br>)<br>) NO. 03-410 ERIE |
| v. | ) |
| | ) |
| BUILDING MATERIALS CORPORATION<br>OF AMERICA d/b/a GAF MATERIALS<br>CORPORATION and/or BUILDING<br>MATERIALS MANUFACTURING<br>CORPORATION and JOE RINDERLE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of Defendants' Motion for Summary Judgment, including the Appendix to Defendants' Motion for Summary Judgment, any pretrial record filed in support thereof, and the opposition thereto filed by plaintiff David H. Knight, and it appearing that there are no genuine issues as to any material fact, and that defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle are entitled to judgment as a matter of law with respect to all claims set forth in the Second Amended Complaint,

IT IS ORDERED that Defendants' Motion for Summary Judgment is hereby GRANTED, and that summary judgment is entered in favor of defendants Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation

- 2 -

and Joe Rinderle, and against plaintiff David H. Knight with respect to all claims set forth in the Second Amended Complaint.

 

Sean J. McLaughlin
United States District Judge