IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID H. KNIGHT,                          )
    Plaintiff                         )
                               )
        v.                        )       CIVIL ACTION NO. 03-410 ERIE
                               )
BUILDING MATERIALS CORPORATION            )
OF AMERICA d/b/a GAF MATERIALS            )
CORPORATION and/or BUILDING               )
MATERIALS MANUFACTURING                   )
CORPORATION and JOE RINDERLE,             )
    Defendants                        )       ELECTRONICALLY FILED

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants BUILDING MATERIALS CORPORATION OF AMERICA d/b/a GAF MATERIALS CORPORATION and/or BUILDING MATERIALS MANUFACTURING CORPORATION and JOE RINDERLE, by their attorneys MacDonald, Illig, Jones & Britton LLP file this Appendix to Defendants' Motion for Summary Judgment.

Exhibit A -   Deposition of David H. Knight (3/29/05); Deposition Exhibit Nos. 1-11

Exhibit B -   Answers to Plaintiff's Interrogatories to Defendant (First Set)

Exhibit C -   EEOC Intake Questionnaire

Exhibit D -   EEOC Charge of Discrimination

Exhibit E -   EEOC Dismissal and Notice of Rights

Respectfully submitted,


s/Lisa Smith Presta
Lisa Smith Presta
PA Bar No. 65527
Walter E. "Stormy" Deacon III
PA Bar No. 82961
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656
Fax:  (814) 454-4647
lpresta@mijb.com
wdeacon@mijb.com

Attorneys for Defendants
  Building Materials Corporation of America d/b/a
  GAF Materials Corporation and/or
  Building Materials Manufacturing Corporation
  and Joe Rinderle

898496

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Appendix to Defendants' Motion for Summary Judgment was served upon the following counsel for plaintiff Davis A. Knight, via First-Class United States Mail, this 25th day of July 2005:

Timothy McNair, Esq.
821 State Street
Erie, PA 16501-1316

_____
Lisa Smith Presta