# GENERAL INFORMATION QUESTIONNAIRE

A Questionnaire on the incident(s) you are complaining about is attached.

**If because of a disability you need assistance in completing this form contact the office at 412/644-3444.**

NAME: David Haskell Knight (First) (Middle Name or Initial) (Last)
TELEPHONE NO.: (814) 796-4625 (Include area code)

SOCIAL SECURITY NO.: [redacted]-4199
DATE OF BIRTH: [redacted]-63

ADDRESS: 11682 Rt 97 Lot 9
COUNTY: Erie

CITY: Waterford
STATE: Pa
ZIP CODE: 16441

Please provide the name of an individual at a different address who is in the local area and who would know how to reach you.

NAME: Robert L & Carol R Knight (First) (Middle Name or Initial) (Last)
RELATIONSHIP: Father & Mother

ADDRESS: 1731 Glendale ave
TELEPHONE NO.: (814) 455-4121 (Include area code)

CITY: Erie
STATE: Pa
ZIP CODE: 16510

**Organization your complaint is against:**

Employer ✓   Union ___   Employment Agency ___   Other ___ (Specify)

NAME: GAF Corporation
PHONE: (814) 452-3299
      878-5400

ADDRESS: 139 West bay front

CITY: Erie
STATE: Pa
ZIP CODE: 16503

TYPE OF BUSINESS: Roofing Materials

Number of employees who work at the organization named above. Please check one.

Less than 15 ___   15 to 20 ___   21 to 100 ___   More Than 100 ✓

**ISSUES AND PROTECTED CLASS**

All charges must state an issue which is what happened to you. You must state what protected class you fall under which is the basis for the discrimination. A person can belong to more than one protected class. *Check the appropriate space for issues and class.*

| Issues | | | | Protected Class(es) | |
|---|---|---|---|---|---|
| (DATES MUST BE PROVIDED) | Provide the Most Recent Date of Discrimination | | Provide the Most Recent Date of Discrimination | (DATES MUST BE PROVIDED) | |
| ___ Hiring | | ___ Reasonable Accommodation | | ___ Sex | ___ Disability |
| ___ Promotion | | ___ Training | | ✓ Race | ___ National Origin |
| ✓ Discharge | 6-29-02 | ___ Equal Pay | | ✓ Color | ___ Age (40+) |
| ___ Harassment | | ___ Union Representation | | ___ Religion | ___ Retaliation |
| ___ Lay Off | | ___ Forced retirement or resignation | | ___ Other (Specify) ___ | |
| ___ Demotion | | ___ Other | | | |
| ___ Discipline | | | | | |
| ___ Benefits | | | | | |

**EXHIBIT C**

## GENERAL INTAKE QUESTIONNAIRE

Questionnaire on the incident you are complaining about.

**Protected class** refers to a persons race, color, sex, age (40 or over), ancestry, religion, disability and retaliation. A person can belong to more than one class.

1. **Discrimination means difference of treatment.** Please explain what happened to you and why you feel you were treated differently. In other words, what happened to persons of a **different class** that makes you feel they received more favorable treatment than you.

   I am the only Afro American in this section. I never called in sick. Never late for work. Always volunteered for overtime and extra duties. I had a legal matter and told my Supervisor Joe Rinderle (see other side)

2. What position did you hold or were you seeking with the organization identified on the cover page.

   I was a truck driver. I was third in seniority of 4 people.

3. Provide your reasons for your belief that the action taken against you was discrimination for the reasons you checked on Page 1.

   There are a few people that take off regulary without a hassle. I never called in in nearly 3 years of service, the Racial Comments made, I am the only Black person in my section. And the only person to get fired from there period.

4. What reason was given to you for the action taken against you or for the treatment you received that you are complaining about?

   That nobody knew where I was.

5. Are the reasons for the action taken against you by the organization accurate?

   Yes _____     No ✓

   Explain your answer:

   They put on my unemployment Denial Form that I was a poor worker whom voluntarily broke the rules and regulations. I did none of this

6. Describe the organization's policy or usual practice that govern the actions being complained about.

On a normal day when someone would call in sick or not show up for work the Supervisor would call their home and they would simply be told to get to work or asked why they weren't there yet. That was about the extent of the punishment. Sometimes they would not be able to work overtime

7. Has anyone else been treated as you were under similar circumstances? Please list them and identify by protected class.

Name                                              Protected Class

No they all still have their Jobs

7a. What happened to him or her? _____

8. Name other people who have been treated differently or more favorably under similar circumstances. Please list them and identify their protected class.

Name                                              Protected Class

Leonard VanCise                                   ~~Euro~~ White

8a. What happened to him or her? Nothing

9. Where the organization gave a reason for any action taken against you, can you name any employee who did the same thing or something worse who was not treated the same as you?

Name Leonard VanCise                Protected Class white

Job/Dept. Truck Driver

General Intake Questionnaire -3-

9a. What happened to him/her? __Nothing__

Have you sought assistance in this matter from any Government agency, union, attorney, or any other source?

✓ Yes ___ No

__Quinn Law Firm__                          __6-21-02__
(Name of source of assistance)              (Date)

RESULT, IF ANY __I am doing as instructed__

Have you filed an EEOC Charge in the past? ✓ No ___ Yes (If answer is yes, complete below)

| Approximate Date Filed | Organization Charged | EEOC Charge No. (if known) |

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

[Stamp: RECEIVED 03 FEB -4 AM 9:37 EEOC PITTSBURGH, PA AREA OFFICE]

You must sign and date below:

SIGNATURE                                    DATE
__David H. Knight__                          __1-31-03__

CONTINUATION PAGE

For use if additional pages are needed to answer any question(s). Indicate the question number that is being answered before each response below.

He would always make me beg for the Longer Runs while he freely gave them to the other Drivers. I would like to also name Kenneth Joint in this complaint. He assisted Joe Renderle in Firing me. Together they wrote on my unemployment claim to the point that I had to get a referee to get the unemployment I seeked to survive. I feel that I dedicated my life to this career and had it ruined by two men that have narrow views of humanity and equality. They even took my last paycheck.

EEOC - Pittsburgh Area Office

# WITNESS INFORMATION

Questionnaire on the incident you are complaining about.

In many complaints of discrimination, witnesses are very important to the investigation. Please identify those persons who saw, or heard or participated in the incident you are complaining about.

Witnesses and their Information

1. Name/Title **Ben Clement    Tow motor operator**

   Address _____

   **Call at GAF**    Telephone Number **(814) 873 5575**

   What will he/she be able to tell us? **He witnessed and know about what I have written about**

   _____

   _____

   _____

   Was he/she in a position to personally observe what occurred?

   Yes **✓**    No _____    Don't Know _____

   Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

   Yes _____    No _____    Don't Know **✓**

   Is this witness a current employee of the organization that the charge is filed against?

   Yes **✓**    No _____

2. Name/Title **Rick O'Conner**

   Address _____

   **Contact at GAF**    Telephone Number **(814)**

   What will he/she be able to tell us? **He also witnessed and knew about**

_what I have written_ _____

_____

_____

_____

Was he/she in a position to personally observe what occurred?

Yes __✓__    No _____    Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes __✓__    No _____    Don't Know _____

Is this witness a current employee of the organization that the charge is filed against?

Yes __✓__    No _____

3. Name/Title _Robert Stompka    tow motor Driver_

   Address _8380 old # Perry Hwy_

   _Erie, Pa  16509_    Telephone Number _(814) 864 7899_

   What will he/she be able to tell us? _He was leadman until Joe Renderle became the boss and he stepped down from leadman because of the Robert can confirm my writings_

   _____

Was he/she in a position to personally observe what occurred?

Yes __✓__    No _____    Don't Know _____

Would he/she be willing to provide the Equal Employment Opportunity Commission with a statement?

Yes _____    No _____    Don't Know __✓__

Is this witness a current employee of the organization that the charge is filed against?

Yes __✓__    No _____

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief.

You must sign and date below:

| SIGNATURE | DATE |
|---|---|
| David H Knight | 1-31-03 |

RECEIVED 03 FEB -4 AM 9:37 EEOC PITTSBURGH, PA AREA OFFICE