| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 172A300686 |

PA Human Relations Commission                               and EEOC
*State or local Agency, if any*

**NAME** *(Indicate Mr., Ms., Mrs.)*    **HOME TELEPHONE** *(Include Area Code)*
Mr. David H. Knight                                  (814) 796-4625

**STREET ADDRESS**   **CITY, STATE AND ZIP CODE**   **DATE OF BIRTH**
11682 Route 97, Lot 9, Waterford, PA 16441         ▓▓/1963

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| G.A.F. Corporation | Cat B (101-200) | (814) 452-3291 |

**STREET ADDRESS**   **CITY, STATE AND ZIP CODE**   **COUNTY**
218 West Bayfront Parkway, Erie, PA 16507           049

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*
☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)*

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 06/29/2002    LATEST: 06/29/2002
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional space is needed, attach extra sheet(s)):*

1. I was harassed by a management employee, JOE Rinderle, who called me "Little Black Joe" whenever I sat in his chair. A white employee, Larry Murphy, who refused to perform shuttle work stated in my presence that he refused shuttle work because it was "Nigger" work. On June 29, 2002, I was discharged from my position of Truck Driver. I had been employed by the Respondent since March 2000.

2. On June 29, 2002, Mr. Roger Ellis, Lead Man, falsely accused me of failing to call off two days and stated that no one knew where I was. He told me that I was discharged for that reason.

3. I believe that the Respondent discriminated against me because of my race, black, in violation of Title VII of The Civil Rights Act of 1964, as amended, in that I called the office and received permission to be off work on June 27 and 28, 2002 due to an emergency. On several occasions, a white employee, Lenny VanCise, who called and said he would be a couple of hours late and did not show was not discharged. White employees were treated more favorably than I and were not addressed by names other than their given name.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3-7-03
Charging Party *(Signature)*: David H Knight

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME THIS DATE

**EXHIBIT D**

EEOC FORM 5 (Rev. 07/99)                              FILE COPY