LAW OFFICES OF:

# Timothy D. McNair

ATTORNEY AND COUNSELOR AT LAW

August 17, 2005

Clerk, United States District Court
17 South Park Row
Erie, PA 16501

      Re:    David H. Knight v. G.A.F. Corp. and Joe Rinderle
               W.D. Pa. No. 03-CV-410 (Erie)

Dear Clerk:

     Enclosed for filing please find the original and one copy of Plaintiff's Pretrial Narrative Statement in the above-captioned matter.

     Thank you.

                                Very truly yours,

                                LAW OFFICES OF TIMOTHY D. McNAIR

                                By_____
                                   Timothy D. McNair, Esquire

TDM/may
Enclosures

cc:    David H. Knight
        Lisa Smith Presta, Esquire