IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT,<br>　　　　Plaintiff<br><br>　　　v.<br><br>BUILDING MATERIALS<br>CORPORATION OF AMERICA d/b/a<br>GAF MATERIALS CORPORATION<br>and/or BUILDING MATERIALS<br>MANUFACTURING CORPORATION<br>and JOE RINDERLE,<br>　　　　Defendants | CIVIL ACTION<br>No.  03-410 Erie |

### ORDER

AND NOW, to-wit, this _____ day of August, 2005, upon consideration of plaintiff's Motion for Enlargement of Time, *Nunc Pro Tunc*, to respond to defendants' Motion for Summary Judgment, it is **ORDERED** that said Motion shall be, and is hereby **GRANTED**.

Plaintiff shall file his response to defendants' Motion for Summary Judgment and any supporting Brief on or before August 26, 2005.

By the Court,

_____
Sean J. McLaughlin, USDJ