IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID H. KNIGHT, | ) | CIVIL ACTION |
| Plaintiff | ) | |
| | ) | NO. 03-410 ERIE |
| v. | ) | |
| | ) | |
| BUILDING MATERIALS CORPORATION | ) | |
| OF AMERICA d/b/a GAF MATERIALS | ) | |
| CORPORATION and/or BUILDING | ) | |
| MATERIALS MANUFACTURING | ) | |
| CORPORATION and JOE RINDERLE, | ) | |
| Defendants | ) | ELECTRONICALLY FILED |

## AFFIDAVIT OF LEONARD VAN CISE

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | )    ss: |
| COUNTY OF ERIE | ) |

Leonard Van Cise, being duly sworn according to law, deposes and says:

1.    I am an adult individual who resides in Erie, Pennsylvania.

2.    From approximately April 17, 2000 to the Spring of 2003, I was assigned by Transportation Unlimited, Inc. to work as a leased driver at the GAF Materials Corporation facility located at 218 West Bayfront Parkway, Erie, PA 16507.

3.    At no time during my assignment at GAF Materials did I fail to call in when I did not report to work. When I was unable to report to work, I called the Supervisor of the Shipping Department at GAF Materials, advised I could not report to work and provided the reason or reasons why I could not report to work.

4.      During the time that Joe Rinderle was the Supervisor of the Shipping Department, all four drivers completed over-the-road deliveries as well as local shuttle deliveries.  At times Joe Rinderle would assign the runs, and at other times, the drivers chose the runs themselves.

5.      With regard to any racial remarks in the work place, I can recall only one remark on one occasion during which another driver, Larry Murphy, referred to a shuttle delivery as "nigger work."  I believe David Knight overheard the remark, which Larry Murphy made without knowing that Mr. Knight was present.  It was well understood at GAF Materials that such remarks were not tolerated, and this is the single instance which I witnessed.

Leonard Van Cise

Sworn to and subscribed before me
this ___ day of September, 2005

Notary Public

Notarial Seal
Laurie A. Skelly, Notary Public
City of Erie, Erie County
My Commission Expires Oct. 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit of Leonard Van Cise was served upon the following counsel for plaintiff David H. Knight, via First-Class United States Mail, this 2nd day of September 2005:

Timothy McNair, Esq.
821 State Street
Erie, PA 16501-1316

<u>            s/ Lisa Smith Presta           </u>
Lisa Smith Presta