**NUMBER OF LOADED MILES**
**UNDER FORMER ACTING SUPERVISOR (1/1/01 - 9/2/01)**

|  | DENNIS FORINASH | LAWRENCE MURPHY | DAVID KNIGHT | LEONARD VAN CISE |
|---|---|---|---|---|
| January 2001 | 1913 | 5032 | 3382 | 3405 |
| February 2001 | 1720 | 5139 | 4251 | 3150 |
| March 2001 | 2604 | 4744 | 2526 | 2292 |
| April 2001 | 3712 | 4419 | 2773 | 1549 |
| May 2001 | 3425 | 3944 | 2797 | 535 |
| June 2001 | 3387 | 5123 | 3003 | 2014 |
| July 2001 | 3166 | 3488 | 1792 | 1468 |
| August 2001 | 2569 | 3395 | 2663 | 2071 |
| **TOTAL:** | **22,496** | **35,284** | **23,187** | **16,484** |
| **MONTHLY AVERAGE:** | **2812** | **4410.5** | **2898.4** | **2060.5** |

**NUMBER OF LOADED MILES**
**UNDER JOE RINDERLE (9/3/01 - 6/23/02)**

|  | DENNIS FORINASH | LAWRENCE MURPHY | DAVID KNIGHT | LEONARD VAN CISE |
|---|---|---|---|---|
| September 2001 | 1590 | 2347 | 2855 | 2103 |
| October 2001 | 3799 | 1977 | 1319 | 1867 |
| November 2001 | 3133 | 3359 | 2403 | 1922 |
| December 2001 | 1208 | 1578 | 1410 | 1211 |
| January 2002 | 1046 | 2982 | 1605 | 778 |
| February 2002 | 2196 | 4374 | 3256 | 3217 |
| March 2002 | 540 | 2832 | 1958 | 1971 |
| April 2002 | Driver logs from 4/1/02 to 4/28/02 cannot be located. April 2002 is omitted from calculation of average below. | | | |
| May 2002 | 1754 | 2941 | 1509 | 1467 |
| June 2002 | 1330 | 1256 | 848 | 1145 |
| **TOTAL:** | **16,596** | **23,646** | **17,163** | **15,681** |
| **MONTHLY AVERAGE:** | **1844.0** | **2627.3** | **1907** | **1742.3** |
| **DIFF. FROM FORMER SUPERVISOR:** | **-968** | **-1783.2** | **-991.4** | **-318.2** |

**Attachment 1**