**LEASED DRIVER HOURS UNDER FORMER ACTING SUPERVISOR (1/1/01 - 9/2/01)**

| WEEK ENDING: | DENNIS FORINASH | LAWRENCE MURPHY | DAVID KNIGHT | LEONARD VAN CISE |
|---|---|---|---|---|
| 01/07/01 | 58.5 | 66.0 | 49.5 | 48.5 |
| 01/14/01 | 59.75 | 78.0 | 64.75 | 70.0 |
| 01/21/01 | 59.0 | 73.75 | 63.75 | 56.0 |
| 01/28/01 | 57.5 | 75.75 | 72.25 | 68.0 |
| 02/04/01 | 70.25 | 88.5 | 76.25 | 60.0 |
| 02/11/01 | 70.25 | 81.0 | 52.5 | 57.5 |
| 02/18/01 | 30.5 | 67.0 | 63.75 | 57.25 |
| 02/25/01 | 51.25 | 69.0 | 55.75 | 51.25 |
| 03/04/01 | 68.25 | 88.0 | 76.5 | 77.25 |
| 03/11/01 | 65.5 | 69.5 | 53.0 | 57.25 |
| 03/18/01 | 61.5 | 62.25 | 55.25 | 56.0 |
| 03/25/01 | 70.0 | 69.5 | 54.25 | 58.5 |
| 04/01/01 | 64.0 | 76.75 | 67.0 | 55.25 |
| 04/08/01 | 75.0 | 80.5 | 69.5 | 64.5 |
| 04/15/01 | 62.0 | 65.75 | 28.25 | 49.25 |
| 04/22/01 | 70.75 | 72.5 | 64.5 | 53.25 |
| 04/29/01 | 67.5 | 56.25 | 61.25 | 56.25 |
| 05/06/01 | 68.25 | 75.5 | 65.25 | 55.0 |
| 05/13/01 | 70.0 | 79.0 | 65.25 | 60.5 |
| 05/20/01 | 65.5 | 70.25 | 65.25 | 60.5 |
| 05/27/01 | 66.0 | 65.25 | 57.5 | 53.5 |
| 06/03/01 | 56.0 | 55.3 | 48.75 | 50.25 |
| 06/10/01 | 62.75 | 76.25 | 71.75 | 60.0 |
| 06/17/01 | 80.25 | 81.75 | 66.25 | 61.5 |
| 06/24/01 | 59.25 | 74.0 | 67.25 | 56.5 |
| 07/01/01 | 69.75 | 72.25 | 61.0 | 60.75 |
| 07/08/01 | 57.25 | 55.5 | 57.0 | 56.0 |
| 07/15/01 | 76.0 | 73.5 | 69.0 | 64.25 |
| 07/22/01 | 70.5 | 78.0 | 38.75 | 59.75 |
| 07/29/01 | 75.5 | 80.0 | 63.0 | 60.75 |
| 08/05/01 | 48.5 | 51.0 | 52.0 | 41.5 |
| 08/12/01 | 60.75 | 62.0 | 59.25 | 52.75 |
| 08/19/01 | 64.75 | 66.5 | 62.25 | 60.50 |
| 08/26/01 | 67.75 | 84.5 | 67.25 | 65.0 |
| 09/02/01 | 70.25 | 60.75 | 79.25 | 71.5 |
| **TOTAL:** | 2250.5 | 2501.3 | 2144.0 | 2046.5 |
| **WEEKLY AVERAGE:** | 64.3 | 71.5 | 61.3 | 58.5 |

**Attachment 2**