| WEEK ENDING: | DENNIS FORINASH | LAWRENCE MURPHY | DAVID KNIGHT | LEONARD VAN CISE |
|---|---|---|---|---|
| 09/09/01 | 55.5 | 66.75 | 61.75 | 58.0 |
| 09/16/01 | 58.75 | 65.6 | 67.0 | 67.25 |
| 09/23/01 | 66.0 | 57.25 | 64.5 | 50.25 |
| 09/30/01 | 53.75 | 61.0 | 58.0 | 59.25 |
| 10/07/01 | 58.5 | 66.25 | 57.5 | 47.5 |
| 10/14/01 | 72.0 | 56.75 | 72.5 | 65.0 |
| 10/21/01 | 70.5 | 0.0 | 64.0 | 62.75 |
| 10/28/01 | 56.25 | 67.5 | 75.5 | 74.5 |
| 11/04/01 | 66.0 | 79.0 | 60.0 | 52.0 |
| 11/11/01 | 69.5 | 69.5 | 60.5 | 47.0 |
| 11/18/01 | 61.75 | 63.25 | 61.75 | 59.25 |
| 11/25/01 | 40.75 | 53.5 | 47.5 | 37.75 |
| 12/02/01 | 35.75 | 51.25 | 41.75 | 23.0 |
| 12/09/01 | 47.0 | 62.5 | 60.0 | 56.0 |
| 12/16/01 | 52.0 | 56.5 | 53.5 | 52.0 |
| 12/23/01 | 50.75 | 62.5 | 49.75 | 41.0 |
| 12/30/01 | 28.0 | 34.5 | 29.75 | 28.5 |
| 01/06/02 | 50.5 | 59.25 | 30.75 | 34.5 |
| 01/13/02 | 58.5 | 66.0 | 62.75 | 54.0 |
| 01/20/02 | 59.0 | 60.0 | 58.25 | 52.25 |
| 01/27/02 | 59.0 | 65.75 | 63.5 | 55.5 |
| 02/03/02 | 50.5 | 83.75 | 54.75 | 56.0 |
| 02/10/02 | 48.75 | 65.0 | 56.5 | 49.0 |
| 02/17/02 | 57.75 | 81.75 | 62.5 | 59.75 |
| 02/24/02 | 66.75 | 75.0 | 68.5 | 53.5 |
| 03/03/02 | 61.25 | 73.5 | 68.0 | 60.25 |
| 03/10/02 | 59.0 | 63.0 | 52.5 | 43.3 |
| 03/17/02 | 48.75 | 55.75 | 50.75 | 40.25 |
| 03/24/02 | 57.25 | 62.75 | 55.75 | 50.5 |
| 03/31/02 | 57.25 | 61.75 | 57.5 | 49.0 |
| 04/07/02 | 55.0 | 62.25 | 59.75 | 57.25 |
| 04/14/02 | 60.25 | 62.5 | 64.0 | 62.5 |
| 04/21/02 | 62.5 | 63.25 | 66.75 | 59.5 |
| 04/28/02 | 57.25 | 60.50 | 60.25 | 43.25 |
| 05/05/02 | 63.5 | 72.0 | 43.5 | 56.75 |
| 05/12/02 | 71.0 | 71.0 | 72.75 | 65.0 |
| 05/19/02 | 70.5 | 80.75 | 77.0 | 64.5 |
| 05/23/02 | 43.25 | 50.25 | 49.25 | 41.5 |
| 06/02/02 | 54.25 | 64.75 | 61.75 | 41.5 |
| 06/09/02 | 66.5 | 72.0 | 68.0 | 70.5 |
| 06/16/02 | 59.0 | 72.75 | 68.5 | 54.75 |
| 06/23/02 | 70.0 | 82.5 | 66.75 | 58.75 |
| TOTAL: | 2410.0 | 2661.35 | 2485.5 | 2214.55 |
| WEEKLY AVERAGE: | 57.4 | 63.4 | 59.2 | 52.7 |
| DIFF. FROM FORMER SUPERVISOR: | -6.9 | -8.1 | -2.1 | -5.8 |

Attachment 3