IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT,<br>　　Plaintiff<br><br>　　　v.<br><br>BUILDING MATERIALS CORPORATION<br>OF AMERICA d/b/a GAF MATERIALS<br>CORPORATION and/or BUILDING<br>MATERIALS MANUFACTURING<br>CORPORATION and JOE RINDERLE,<br>　　Defendants | )　CIVIL ACTION<br>)<br>)　NO. 03-410 ERIE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　ELECTRONICALLY FILED |

**SUPPLEMENT TO AFFIDAVIT OF JOE RINDERLE:**
**AFFIDAVIT ATTACHMENTS 5, 6 AND 7**

Defendants BUILDING MATERIALS CORPORATION OF AMERICA d/b/a GAF MATERIALS CORPORATION and/or BUILDING MATERIALS MANUFACTURING CORPORATION and JOE RINDERLE, by their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Supplement to Affidavit of Joe Rinderle: Affidavit Attachments 5, 6 and 7:

Attachment 5:　　GAF Fleet Weekly Driver's Records from 9/3/01 to 6/23/02

　　Part One:　　Pages 1 - 50
　　Part Two:　　Pages 51 - 100
　　Part Three　　Pages 101 - 144

Attachment 6:　　Driver Time Records for Weeks Ending 1/7/01 to 9/2/01

　　Part One:　　Pages 1 - 50
　　Part Two:　　Pages 51 - 70

PDF created with pdfFactory trial version www.pdffactory.com

<u>Attachment 7</u>:   Driver Time Records for Weeks Ending 9/9/01 to 6/23/02

   Part One:   Pages 1 - 50
   Part Two:   Pages 51 - 89

          Respectfully submitted,

          <u>/s/ Lisa Smith Presta</u>
          Lisa Smith Presta
          Pennsylvania Bar ID No. 65527
          Walter E. "Stormy" Deacon III
          Pennsylvania Bar ID No. 82961
          MacDONALD, ILLIG, JONES & BRITTON LLP
          100 State Street, Suite 700
          Erie, Pennsylvania 16507-1459
          (814) 870-7600
          Fax: (814) 454-4647
          lpresta@mijb.com
          wdeacon@mijb.com

          Attorneys for Defendants
            Building Materials Corporation of America d/b/a GAF Materials Corporation and/or Building Materials Manufacturing Corporation and Joe Rinderle

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Supplement to Affidavit of Joe Rinderle: Affidavit Attachments 5, 6 and 7 was served upon the following counsel for plaintiff David H. Knight, via First-Class United States Mail, this 6th day of September 2005:

> Timothy McNair, Esq.
> 821 State Street
> Erie, PA 16501-1316

                                    s/ Lisa Smith Presta
                                    Lisa Smith Presta

PDF created with pdfFactory trial version www.pdffactory.com