TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          01/07/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 12.50 | 6.00 | 58.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 66.50 |
| LAWRENCE MUPHY | 40.00 | 20.00 | 6.00 | 66.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 74.00 |
| DAVE KNIGHT | 40.00 | 3.75 | 5.75 | 49.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 57.50 |
| LENNY VAN CISE | 40.00 | 2.50 | 6.00 | 48.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 56.50 |

DATE          01/08/01

FROM    TRINA MEYERS

ATTACHMENT
6
Part 1 of 2

To: Accounts Payable        Date:        01/08/01

From: Trina Meyers          Week End:    01/07/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular      40.00
                            overtime     12.50
                            double        6.00
                                worked   58.50

                            holiday       8.00
PLEASE PAY DENNIS HIS VACATION PAY AT THIS TIME

11 Lawrence Murphy          regular      40.00
                            overtime     20.00
                            double        6.00
                                worked   66.00

                            holiday       8.00

12 DAVE KNIGHT              regular      40.00
                            overtime      3.75
                            double        5.75
                                worked   49.50

                            holiday       8.00

13 LENNY VAN CISE           regular      40.00
                            overtime      2.50
                            double        6.00
                                worked   48.50

                            holiday       8.00

To: Accounts Payable          Date:          01/15/01

From: Trina Meyers          Week End:   01/14/01

Re: Lease Drivers Hours

10 Dennis Forinash

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 14.00 |
| double | 5.75 |
| worked | 59.75 |

holiday          -

11 Lawrence Murphy

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 32.50 |
| double | 5.50 |
| worked | 78.00 |

holiday          -

12 DAVE KNIGHT

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 19.00 |
| double | 5.75 |
| worked | 64.75 |

holiday          -

13 LENNY VAN CISE

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 24.50 |
| double | 5.50 |
| worked | 70.00 |

holiday          -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

**CUSTOMER**          GAF CORPORATION

**PAYROLL DATE**     WEEK ENDING          01/14/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 14.00 | 5.75 | 59.75 |
| HOLIDAY | - | | | - |
| | | | | 59.75 |
| LAWRENCE MUPHY | 40.00 | 32.50 | 5.50 | 78.00 |
| HOLIDAY | - | | | - |
| | | | | 78.00 |
| DAVE KNIGHT | 40.00 | 19.00 | 5.75 | 64.75 |
| HOLIDAY | - | | | - |
| | | | | 64.75 |
| LENNY VAN CISE | 40.00 | 24.50 | 5.50 | 70.00 |
| HOLIDAY | - | | | - |
| | | | | 70.00 |

**DATE**          01/15/01

**FROM**    TRINA MEYERS

To: Accounts Payable          Date:        01/22/01

From: Trina Meyers              Week End:    01/21/01

Re: Lease Drivers Hours

10 Dennis Forinash         regular      40.00
                           overtime     13.50
                           double        5.50
                                worked   59.00

                           holiday        -

11 Lawrence Murphy         regular      40.00
                           overtime     28.25
                           double        5.50
                                worked   73.75

                           holiday        -

12 DAVE KNIGHT             regular      40.00
                           overtime     18.75
                           double        5.00
                                worked   63.75

                           holiday        -

13 LENNY VAN CISE          regular      40.00
                           overtime     11.00
                           double        5.00
                                worked   56.00

                           holiday        -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          01/21/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.50 | 5.50 | 59.00 |
| HOLIDAY | - | | | - |
| | | | | 59.00 |
| LAWRENCE MUPHY | 40.00 | 28.25 | 5.50 | 73.75 |
| HOLIDAY | - | | | - |
| | | | | 73.75 |
| DAVE KNIGHT | 40.00 | 18.75 | 5.00 | 63.75 |
| HOLIDAY | - | | | - |
| | | | | 63.75 |
| LENNY VAN CISE | 40.00 | 11.00 | 5.00 | 56.00 |
| HOLIDAY | - | | | - |
| | | | | 56.00 |


DATE          01/22/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:        01/29/01

From: Trina Meyers            Week End:    01/28/01

Re: Lease Drivers Hours

10 Dennis Forinash      regular     40.00
                        overtime    13.00
                        double       4.50
                          worked    57.50

                        holiday        -

11 Lawrence Murphy      regular     40.00
                        overtime    31.25
                        double       4.50
                          worked    75.75

                        holiday        -

12 DAVE KNIGHT          regular     40.00
                        overtime    27.50
                        double       4.75
                          worked    72.25

                        holiday        -

13 LENNY VAN CISE       regular     40.00
                        overtime    24.50
                        double       3.50
                          worked    68.00

                        holiday        -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING        01/28/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.00 | 4.50 | 57.50 |
| HOLIDAY | | | | - |
| | | | | 57.50 |
| LAWRENCE MUPHY | 40.00 | 31.25 | 4.50 | 75.75 |
| HOLIDAY | - | | | - |
| | | | | 75.75 |
| DAVE KNIGHT | 40.00 | 27.50 | 4.75 | 72.25 |
| HOLIDAY | - | | | - |
| | | | | 72.25 |
| LENNY VAN CISE | 40.00 | 24.50 | 3.50 | 68.00 |
| HOLIDAY | - | | | - |
| | | | | 68.00 |

*handwritten notes on Dennis Forinash row: "- only paid for 4.5 / 8.5 add to next wk's check"*

DATE          01/29/01

FROM   TRINA MEYERS

To: Accounts Payable          Date:          02/05/01

From: Trina Meyers          Week End:    02/04/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular        40.00
                            overtime       25.25
                            double          5.00
                                worked      70.25

                            holiday           -

11 Lawrence Murphy          regular        40.00
                            overtime       43.50
                            double          5.00
                                worked      88.50

                            holiday           -

12 DAVE KNIGHT              regular        40.00
                            overtime       31.25
                            double          5.00
                                worked      76.25

                            holiday           -

13 LENNY VAN CISE           regular        40.00
                            overtime       16.00
                            double          4.00
                                worked      60.00

                            holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                    GAF CORPORATION

PAYROLL DATE              WEEK ENDING          02/04/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 25.25 | 5.00 | 70.25 |
| HOLIDAY | - | | | - |
| | | | | 70.25 |
| LAWRENCE MUPHY | 40.00 | 43.50 | 5.00 | 88.50 |
| HOLIDAY | - | | | - |
| | | | | 88.50 |
| DAVE KNIGHT | 40.00 | 31.25 | 5.00 | 76.25 |
| HOLIDAY | - | | | - |
| | | | | 76.25 |
| LENNY VAN CISE | 40.00 | 16.00 | 4.00 | 60.00 |
| HOLIDAY | - | | | - |
| | | | | 60.00 |

DATE              02/05/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          02/12/01

From: Trina Meyers          Week End:     02/04/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
| | overtime | 24.25 |
| | double | 6.00 |
| | worked | 70.25 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
| | overtime | 35.00 |
| | double | 6.00 |
| | worked | 81.00 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
| | overtime | 12.50 |
| | double | - |
| | worked | 52.50 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
| | overtime | 12.50 |
| | double | 5.00 |
| | worked | 57.50 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER           GAF CORPORATION

PAYROLL DATE       WEEK ENDING          02/11/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 24.25 | 6.00 | 70.25 |
| HOLIDAY | - | | | - |
| | | | | 70.25 |
| LAWRENCE MUPHY | 40.00 | 35.00 | 6.00 | 81.00 |
| HOLIDAY | - | | | - |
| | | | | 81.00 |
| DAVE KNIGHT | 40.00 | 12.50 | - | 52.50 |
| HOLIDAY | - | | | - |
| | | | | 52.50 |
| LENNY VAN CISE | 40.00 | 12.50 | 5.00 | 57.50 |
| HOLIDAY | - | | | - |
| | | | | 57.50 |

DATE          02/12/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:        02/19/01

From: Trina Meyers           Week End:    02/18/01

Re: Lease Drivers Hours

**10 Dennis Forinash**

| | |
|---|---|
| regular | 30.50 |
| overtime | - |
| double | - |
| worked | 30.50 |
| holiday | - |

**11 Lawrence Murphy**

| | |
|---|---|
| regular | 40.00 |
| overtime | 22.00 |
| double | 5.00 |
| worked | 67.00 |
| holiday | - |

**12 DAVE KNIGHT**

| | |
|---|---|
| regular | 40.00 |
| overtime | 19.50 |
| double | 4.25 |
| worked | 63.75 |
| holiday | - |

**13 LENNY VAN CISE**

| | |
|---|---|
| regular | 40.00 |
| overtime | 13.00 |
| double | 4.25 |
| worked | 57.25 |
| holiday | - |

# TRANSPORTATION UNLIMITED
## FAX (216) 426-2248
## ATTN: GREG MEYERS
## PAYROLL REPORTING SHEET

CUSTOMER        GAF CORPORATION

PAYROLL DATE       WEEK ENDING     02/18/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 30.50 | - | - | 30.50 |
| HOLIDAY | - | | | - |
| | | | | 30.50 |
| LAWRENCE MUPHY | 40.00 | 22.00 | 5.00 | 67.00 |
| HOLIDAY | - | | | - |
| | | | | 67.00 |
| DAVE KNIGHT | 40.00 | 19.50 | 4.25 | 63.75 |
| HOLIDAY | - | | | - |
| | | | | 63.75 |
| LENNY VAN CISE | 40.00 | 13.00 | 4.25 | 57.25 |
| HOLIDAY | - | | | - |
| | | | | 57.25 |

**DATE**      02/19/01

**FROM**    TRINA MEYERS

To: Accounts Payable          Date:          02/26/01

From: Trina Meyers          Week End:   02/25/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime          2.50
                            double            8.75
                                worked       51.25

                            holiday           8.00


11 Lawrence Murphy          regular          40.00
                            overtime         15.50
                            double           13.50
                                worked       69.00

                            holiday           8.00


12 DAVE KNIGHT              regular          40.00
                            overtime          3.25
                            double           12.50
                                worked       55.75

                            holiday           8.00


13 LENNY VAN CISE           regular          38.75
                            overtime            -
                            double           12.50
                                worked       51.25

                            holiday           8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER        GAF CORPORATION

PAYROLL DATE        WEEK ENDING        02/25/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 2.50 | 8.75 | 51.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 59.25 |
| LAWRENCE MUPHY | 40.00 | 15.50 | 13.50 | 69.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 77.00 |
| DAVE KNIGHT | 40.00 | 3.25 | 12.50 | 55.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 63.75 |
| LENNY VAN CISE | 38.75 | - | 12.50 | 51.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 59.25 |

DATE        02/26/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          03/05/01

From: Trina Meyers          Week End:      03/04/01

Re: Lease Drivers Hours

10 Dennis Forinash

| | |
|---|---|
| regular | 40.00 |
| overtime | 22.00 |
| double | 6.25 |
| worked | 68.25 |
| holiday | - |

11 Lawrence Murphy

| | |
|---|---|
| regular | 40.00 |
| overtime | 42.00 |
| double | 6.00 |
| worked | 88.00 |
| holiday | - |

12 DAVE KNIGHT

| | |
|---|---|
| regular | 40.00 |
| overtime | 36.50 |
| double | - |
| worked | 76.50 |
| holiday | - |

13 LENNY VAN CISE

| | |
|---|---|
| regular | 40.00 |
| overtime | 32.00 |
| double | 5.25 |
| worked | 77.25 |
| holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          03/04/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 22.00 | 6.25 | 68.25 |
| HOLIDAY | - | | | - |
| | | | | 68.25 |
| LAWRENCE MUPHY | 40.00 | 42.00 | 6.00 | 88.00 |
| HOLIDAY | - | | | - |
| | | | | 88.00 |
| DAVE KNIGHT | 40.00 | 36.50 | - | 76.50 |
| HOLIDAY | - | | | - |
| | | | | 76.50 |
| LENNY VAN CISE | 40.00 | 32.00 | 5.25 | 77.25 |
| HOLIDAY | - | | | - |
| | | | | 77.25 |

DATE          03/05/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          03/12/01

From: Trina Meyers          Week End:          03/11/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         19.00
                            double            6.50
                                 worked      65.50

                            holiday             -

11 Lawrence Murphy          regular          40.00
                            overtime         23.00
                            double            6.50
                                 worked      69.50

                            holiday             -

12 DAVE KNIGHT              regular          40.00
                            overtime         13.00
                            double              -
                                 worked      53.00

                            holiday             -

13 LENNY VAN CISE           regular          40.00
                            overtime         11.25
                            double            6.00
                                 worked      57.25

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                 GAF CORPORATION

PAYROLL DATE             WEEK ENDING          03/11/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 19.00 | 6.50 | 65.50 |
| HOLIDAY | - | | | - |
| | | | | 65.50 |
| LAWRENCE MUPHY | 40.00 | 23.00 | 6.50 | 69.50 |
| HOLIDAY | - | | | - |
| | | | | 69.50 |
| DAVE KNIGHT | 40.00 | 13.00 | - | 53.00 |
| HOLIDAY | - | | | - |
| | | | | 53.00 |
| LENNY VAN CISE | 40.00 | 11.25 | 6.00 | 57.25 |
| HOLIDAY | - | | | - |
| | | | | 57.25 |

DATE        03/12/01

FROM    TRINA MEYERS

**To: Accounts Payable**　　　　**Date:**　　　　03/19/01

From: Trina Meyers　　　　　　Week End:　　03/18/01

　Re: Lease Drivers Hours


10 Dennis Forinash　　　regular　　40.00
　　　　　　　　　　　　overtime　　16.25
　　　　　　　　　　　　double　　　 5.25
　　　　　　　　　　　　　worked　　61.50

　　　　　　　　　　　　holiday　　　 -


11 Lawrence Murphy　　　regular　　40.00
　　　　　　　　　　　　overtime　　17.00
　　　　　　　　　　　　double　　　 5.25
　　　　　　　　　　　　　worked　　62.25

　　　　　　　　　　　　holiday　　　 -


12 DAVE KNIGHT　　　　regular　　40.00
　　　　　　　　　　　　overtime　　10.00
　　　　　　　　　　　　double　　　 5.25
　　　　　　　　　　　　　worked　　55.25

　　　　　　　　　　　　holiday　　　 -


13 LENNY VAN CISE　　　regular　　40.00
　　　　　　　　　　　　overtime　　12.00
　　　　　　　　　　　　double　　　 4.00
　　　　　　　　　　　　　worked　　56.00

　　　　　　　　　　　　holiday　　　 -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          03/18/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 16.25 | 5.25 | 61.50 |
| HOLIDAY | - | | | - |
| | | | | 61.50 |
| LAWRENCE MUPHY | 40.00 | 17.00 | 5.25 | 62.25 |
| HOLIDAY | - | | | - |
| | | | | 62.25 |
| DAVE KNIGHT | 40.00 | 10.00 | 5.25 | 55.25 |
| HOLIDAY | - | | | - |
| | | | | 55.25 |
| LENNY VAN CISE | 40.00 | 12.00 | 4.00 | 56.00 |
| HOLIDAY | - | | | - |
| | | | | 56.00 |

DATE          03/19/01

FROM     TRINA MEYERS

To: Accounts Payable          Date:          03/26/01

From: Trina Meyers          Week End:    03/25/01

Re: Lease Drivers Hours

10 Dennis Forinash        regular        40.00
                          overtime       24.50
                          double          5.50
                             worked      70.00

                          holiday          -

11 Lawrence Murphy        regular        40.00
                          overtime       29.50
                          double           -
                             worked      69.50

                          holiday          -

12 DAVE KNIGHT            regular        40.00
                          overtime       14.25
                          double           -
                             worked      54.25

                          holiday          -

13 LENNY VAN CISE         regular        40.00
                          overtime       18.50
                          double           -
                             worked      58.50

                          holiday          -

# TRANSPORTATION UNLIMITED
## FAX (216) 426-2248
## ATTN:  GREG MEYERS
## PAYROLL REPORTING SHEET

**CUSTOMER**          GAF CORPORATION

**PAYROLL DATE**      WEEK ENDING          03/25/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 24.50 | 5.50 | 70.00 |
| HOLIDAY | - | | | - |
| | | | | 70.00 |
| LAWRENCE MUPHY | 40.00 | 29.50 | - | 69.50 |
| HOLIDAY | - | | | - |
| | | | | 69.50 |
| DAVE KNIGHT | 40.00 | 14.25 | - | 54.25 |
| HOLIDAY | - | | | - |
| | | | | 54.25 |
| LENNY VAN CISE | 40.00 | 18.50 | - | 58.50 |
| HOLIDAY | - | | | - |
| | | | | 58.50 |

**DATE**          03/26/01

**FROM**    TRINA MEYERS

To: Accounts Payable        Date:        04/02/01

From: Trina Meyers        Week End:        04/01/01

Re: Lease Drivers Hours

10 Dennis Forinash        regular        40.00
                          overtime       20.00
                          double          4.00
                             worked      64.00

                          holiday           -

11 Lawrence Murphy        regular        40.00
                          overtime       32.75
                          double          4.00
                             worked      76.75

                          holiday           -

12 DAVE KNIGHT            regular        40.00
                          overtime       23.00
                          double          4.00
                             worked      67.00

                          holiday           -

13 LENNY VAN CISE         regular        40.00
                          overtime       11.25
                          double          4.00
                             worked      55.25

                          holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING            04/01/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 20.00 | 4.00 | 64.00 |
| HOLIDAY | - | | | - |
| | | | | 64.00 |
| LAWRENCE MUPHY | 40.00 | 32.75 | 4.00 | 76.75 |
| HOLIDAY | - | | | - |
| | | | | 76.75 |
| DAVE KNIGHT | 40.00 | 23.00 | 4.00 | 67.00 |
| HOLIDAY | - | | | - |
| | | | | 67.00 |
| LENNY VAN CISE | 40.00 | 11.25 | 4.00 | 55.25 |
| HOLIDAY | - | | | - |
| | | | | 55.25 |

DATE        04/02/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:       04/09/01

From: Trina Meyers           Week End:    04/08/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular      40.00
                            overtime     30.50
                            double        4.50
                               worked    75.00

                            holiday        -

11 Lawrence Murphy          regular      40.00
                            overtime     36.00
                            double        4.50
                               worked    80.50

                            holiday        -

12 DAVE KNIGHT              regular      40.00
                            overtime     24.50
                            double        5.00
                               worked    69.50

                            holiday        -

13 LENNY VAN CISE           regular      40.00
                            overtime     21.00
                            double        3.50
                               worked    64.50

                            holiday        -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          04/08/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 30.50 | 4.50 | 75.00 |
| HOLIDAY | - | | | - |
| | | | | 75.00 |
| LAWRENCE MUPHY | 40.00 | 36.00 | 4.50 | 80.50 |
| HOLIDAY | - | | | - |
| | | | | 80.50 |
| DAVE KNIGHT | 40.00 | 24.50 | 5.00 | 69.50 |
| HOLIDAY | - | | | - |
| | | | | 69.50 |
| LENNY VAN CISE | 40.00 | 21.00 | 3.50 | 64.50 |
| HOLIDAY | - | | | - |
| | | | | 64.50 |

DATE          04/09/01

FROM    TRINA MEYERS

To: Accounts Payable       Date:      04/16/01

From: Trina Meyers         Week End:   04/15/01

Re: Lease Drivers Hours

10 Dennis Forinash      regular      40.00
                        overtime     14.00
                        double        8.00
                           worked    62.00

                        holiday       8.00


11 Lawrence Murphy      regular      40.00
                        overtime     16.50
                        double        9.25
                           worked    65.75

                        holiday       8.00


12 DAVE KNIGHT          regular      28.25
                        overtime        -
                        double          -
                           worked    28.25

                        holiday       8.00


13 LENNY VAN CISE       regular      40.00
                        overtime      1.75
                        double        7.50
                           worked    49.25

                        holiday       8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                GAF CORPORATION

PAYROLL DATE            WEEK ENDING          04/15/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 14.00 | 8.00 | 62.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 70.00 |
| LAWRENCE MUPHY | 40.00 | 16.50 | 9.25 | 65.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 73.75 |
| DAVE KNIGHT | 28.25 | - | - | 28.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 36.25 |
| LENNY VAN CISE | 40.00 | 1.75 | 7.50 | 49.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 57.25 |

DATE        04/16/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          04/23/01

From: Trina Meyers          Week End:      04/22/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         26.75
                            double            4.00
                                 worked      70.75

                            holiday             -

11 Lawrence Murphy          regular          40.00
                            overtime         28.50
                            double            4.00
                                 worked      72.50

                            holiday             -

12 DAVE KNIGHT              regular          40.00
                            overtime         20.00
                            double            4.50
                                 worked      64.50

                            holiday             -

13 LENNY VAN CISE           regular          40.00
                            overtime          8.25
                            double            5.00
                                 worked      53.25

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                GAF CORPORATION

PAYROLL DATE            WEEK ENDING        04/22/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 26.75 | 4.00 | 70.75 |
| HOLIDAY | - | | | - |
| | | | | 70.75 |
| LAWRENCE MUPHY | 40.00 | 28.50 | 4.00 | 72.50 |
| HOLIDAY | - | | | - |
| | | | | 72.50 |
| DAVE KNIGHT | 40.00 | 20.00 | 4.50 | 64.50 |
| HOLIDAY | - | | | - |
| | | | | 64.50 |
| LENNY VAN CISE | 40.00 | 8.25 | 5.00 | 53.25 |
| HOLIDAY | - | | | - |
| | | | | 53.25 |

DATE        04/23/01

FROM   TRINA MEYERS

To: Accounts Payable          Date:          04/30/01

From: Trina Meyers          Week End:     04/29/01

Re: Lease Drivers Hours

10  Dennis Forinash          regular      40.00
                             overtime     23.00
                             double        4.50
                                 worked   67.50

                             holiday         -


11  Lawrence Murphy          regular      40.00
                             overtime     11.75
                             double        4.50
                                 worked   56.25

                             holiday         -


12  DAVE KNIGHT              regular      40.00
                             overtime     17.00
                             double        4.25
                                 worked   61.25

                             holiday         -


13  LENNY VAN CISE           regular      40.00
                             overtime     12.00
                             double        4.25
                                 worked   56.25

                             holiday         -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          04/29/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 23.00 | 4.50 | 67.50 |
| HOLIDAY | - | | | - |
| | | | | 67.50 |
| LAWRENCE MUPHY | 40.00 | 11.75 | 4.50 | 56.25 |
| HOLIDAY | - | | | - |
| | | | | 56.25 |
| DAVE KNIGHT | 40.00 | 17.00 | 4.25 | 61.25 |
| HOLIDAY | - | | | - |
| | | | | 61.25 |
| LENNY VAN CISE | 40.00 | 12.00 | 4.25 | 56.25 |
| HOLIDAY | - | | | - |
| | | | | 56.25 |

DATE          04/30/01

FROM    TRINA MEYERS

From: Trina Meyers          Week End:      05/06/01

Re: Lease Drivers Hours

10 Dennis Forinash         regular        40.00
                           overtime       22.25
                           double          6.00
                               worked     68.25

                           holiday          -

11 Lawrence Murphy         regular        40.00
                           overtime       29.50
                           double          6.00
                               worked     75.50

                           holiday          -

12 DAVE KNIGHT             regular        40.00
                           overtime       19.75
                           double          5.50
                               worked     65.25

                           holiday          -

13 LENNY VAN CISE          regular        40.00
                           overtime       15.00
                           double           -
                               worked     55.00

                           holiday          -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING        05/06/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 22.25 | 6.00 | 68.25 |
| HOLIDAY | - | | | - |
| | | | | 68.25 |
| LAWRENCE MUPHY | 40.00 | 29.50 | 6.00 | 75.50 |
| HOLIDAY | - | | | - |
| | | | | 75.50 |
| DAVE KNIGHT | 40.00 | 19.75 | 5.50 | 65.25 |
| HOLIDAY | - | | | - |
| | | | | 65.25 |
| LENNY VAN CISE | 40.00 | 15.00 | - | 55.00 |
| HOLIDAY | - | | | - |
| | | | | 55.00 |

DATE        05/07/01

FROM    TRINA MEYERS

To: Accounts Payable        Date:        05/14/01

From: Trina Meyers        Week End:        05/13/01

Re: Lease Drivers Hours


10 Dennis Forinash        regular        40.00
                          overtime        23.25
                          double        6.75
                          worked        70.00

                          holiday        -


11 Lawrence Murphy        regular        40.00
                          overtime        33.00
                          double        6.00
                          worked        79.00

                          holiday        -


12 DAVE KNIGHT        regular        40.00
                      overtime        19.00
                      double        6.25
                      worked        65.25

                      holiday        -


13 LENNY VAN CISE        regular        40.00
                         overtime        13.75
                         double        6.75
                         worked        60.50

                         holiday        -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                    GAF CORPORATION

PAYROLL DATE              WEEK ENDING            05/13/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 23.25 | 6.75 | 70.00 |
| HOLIDAY | - | | | - |
| | | | | 70.00 |
| LAWRENCE MUPHY | 40.00 | 33.00 | 6.00 | 79.00 |
| HOLIDAY | - | | | - |
| | | | | 79.00 |
| DAVE KNIGHT | 40.00 | 19.00 | 6.25 | 65.25 |
| HOLIDAY | - | | | - |
| | | | | 65.25 |
| LENNY VAN CISE | 40.00 | 13.75 | 6.75 | 60.50 |
| HOLIDAY | - | | | - |
| | | | | 60.50 |

DATE            05/14/01

FROM    TRINA MEYERS

From: Trina Meyers     Week End:     05/20/01

Re: Lease Drivers Hours

10 Dennis Forinash

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 21.50 |
| double | 4.00 |
| worked | 65.50 |
| holiday | - |

11 Lawrence Murphy

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 26.25 |
| double | 4.00 |
| worked | 70.25 |
| holiday | - |

12 DAVE KNIGHT

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 23.00 |
| double | 2.25 |
| worked | 65.25 |
| holiday | - |

13 LENNY VAN CISE

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 17.50 |
| double | 3.00 |
| worked | 60.50 |
| holiday | - |

# TRANSPORTATION UNLIMITED
## FAX (216) 426-2248
## ATTN: GREG MEYERS
## PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          05/20/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 21.50 | 4.00 | 65.50 |
| HOLIDAY | - | | | - |
| | | | | 65.50 |
| LAWRENCE MUPHY | 40.00 | 26.25 | 4.00 | 70.25 |
| HOLIDAY | - | | | - |
| | | | | 70.25 |
| DAVE KNIGHT | 40.00 | 23.00 | 2.25 | 65.25 |
| HOLIDAY | - | | | - |
| | | | | 65.25 |
| LENNY VAN CISE | 40.00 | 17.50 | 3.00 | 60.50 |
| HOLIDAY | - | | | - |
| | | | | 60.50 |

DATE          05/21/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          05/28/01

From: Trina Meyers          Week End:     05/27/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         15.75
                            double           10.25
                                worked       66.00

                            holiday           8.00

11 Lawrence Murphy          regular          40.00
                            overtime         15.75
                            double            9.50
                                worked       65.25

                            holiday           8.00

12 DAVE KNIGHT              regular          40.00
                            overtime          7.50
                            double           10.00
                                worked       57.50

                            holiday           8.00

13 LENNY VAN CISE           regular          40.00
                            overtime          4.50
                            double            9.00
                                worked       53.50

                            holiday           8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER         GAF CORPORATION

PAYROLL DATE     WEEK ENDING          05/27/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 15.75 | 10.25 | 66.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 74.00 |
| LAWRENCE MUPHY | 40.00 | 15.75 | 9.50 | 65.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 73.25 |
| DAVE KNIGHT | 40.00 | 7.50 | 10.00 | 57.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 65.50 |
| LENNY VAN CISE | 40.00 | 4.50 | 9.00 | 53.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 61.50 |

DATE       05/28/01

FROM   TRINA MEYERS

To: Accounts Payable       Date:      06/04/01

From: Trina Meyers        Week End:    06/03/01

Re: Lease Drivers Hours

10 Dennis Forinash       regular      40.00
                         overtime     11.00
                         double        5.00
                              worked   56.00

                         holiday       8.00

11 Lawrence Murphy       regular      40.00
                         overtime     10.30
                         double        5.00
                              worked   55.30

                         holiday       8.00

12 DAVE KNIGHT           regular      40.00
                         overtime      3.00
                         double        5.75
                              worked   48.75

                         holiday       8.00

13 LENNY VAN CISE        regular      40.00
                         overtime      4.75
                         double        5.50
                              worked   50.25

                         holiday       8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          06/03/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 11.00 | 5.00 | 56.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 64.00 |
| LAWRENCE MUPHY | 40.00 | 10.30 | 5.00 | 55.30 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 63.30 |
| DAVE KNIGHT | 40.00 | 3.00 | 5.75 | 48.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 56.75 |
| LENNY VAN CISE | 40.00 | 4.75 | 5.50 | 50.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 58.25 |

DATE          06/04/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:      06/11/01

From: Trina Meyers          Week End:    06/10/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular        40.00
                            overtime       22.75
                            double             -
                                worked     62.75

                            holiday            -

11 Lawrence Murphy          regular        40.00
                            overtime       32.25
                            double          4.00
                                worked     76.25

                            holiday            -

12 DAVE KNIGHT              regular        40.00
                            overtime       26.75
                            double          5.00
                                worked     71.75

                            holiday            -

13 LENNY VAN CISE           regular        40.00
                            overtime       20.00
                            double             -
                                worked     60.00

                            holiday            -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          06/10/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 22.75 | - | 62.75 |
| HOLIDAY | - | | | - |
| | | | | 62.75 |
| LAWRENCE MUPHY | 40.00 | 32.25 | 4.00 | 76.25 |
| HOLIDAY | - | | | - |
| | | | | 76.25 |
| DAVE KNIGHT | 40.00 | 26.75 | 5.00 | 71.75 |
| HOLIDAY | - | | | - |
| | | | | 71.75 |
| LENNY VAN CISE | 40.00 | 20.00 | - | 60.00 |
| HOLIDAY | - | | | - |
| | | | | 60.00 |

DATE          06/11/01

FROM     TRINA MEYERS

From: Trina Meyers          Week End:    06/17/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular        40.00
                            overtime       36.25
                            double          4.00
                                 worked    80.25

                            holiday           -

11 Lawrence Murphy          regular        40.00
                            overtime       37.75
                            double          4.00
                                 worked    81.75

                            holiday           -

12 DAVE KNIGHT              regular        40.00
                            overtime       22.25
                            double          4.00
                                 worked    66.25

                            holiday           -

13 LENNY VAN CISE           regular        40.00
                            overtime       18.50    ADD 4 HRS O-T TO
                            double          3.00    6/17/2001
                                 worked    61.50

                            holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER         GAF CORPORATION

PAYROLL DATE     WEEK ENDING        06/17/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 36.25 | 4.00 | 80.25 |
| HOLIDAY | - | | | - |
| | | | | 80.25 |
| LAWRENCE MUPHY | 40.00 | 37.75 | 4.00 | 81.75 |
| HOLIDAY | - | | | - |
| | | | | 81.75 |
| DAVE KNIGHT | 40.00 | 22.25 | 4.00 | 66.25 |
| HOLIDAY | - | | | - |
| | | | | 66.25 |
| LENNY VAN CISE | 40.00 | 18.50 | 3.00 | 61.50 |
| HOLIDAY | - | | | - |
| | | | | 61.50 |

DATE        06/18/01

FROM    TRINA MEYERS

To: Accounts Payable                    Date:

From: Trina Meyers          Week End:      06/24/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         19.25
                            double              -
                                worked       59.25

                            holiday             -

11 Lawrence Murphy          regular          40.00
                            overtime         30.00
                            double            4.00
                                worked       74.00

                            holiday             -

12 DAVE KNIGHT              regular          40.00
                            overtime         23.25
                            double            4.00
                                worked       67.25

                            holiday             -

13 LENNY VAN CISE           regular          40.00
                            overtime         16.50
                            double              -
                                worked       56.50

                            holiday             -

### TRANSPORTATION UNLIMITED
### FAX (216) 426-2248
### ATTN: GREG MEYERS
### PAYROLL REPORTING SHEET

CUSTOMER        GAF CORPORATION

PAYROLL DATE      WEEK ENDING      06/24/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 19.25 | - | 59.25 |
| HOLIDAY | - | | | - |
| | | | | 59.25 |
| LAWRENCE MUPHY | 40.00 | 30.00 | 4.00 | 74.00 |
| HOLIDAY | - | | | - |
| | | | | 74.00 |
| DAVE KNIGHT | 40.00 | 23.25 | 4.00 | 67.25 |
| HOLIDAY | - | | | - |
| | | | | 67.25 |
| LENNY VAN CISE | 40.00 | 16.50 | - | 56.50 |
| HOLIDAY | - | | | - |
| | | | | 56.50 |

DATE      06/25/01

FROM    TRINA MEYERS