To: Accounts Payable     Date:

From: Trina Meyers     Week End:    07/01/01

Re: Lease Drivers Hours

10 Dennis Forinash

| | |
|---|---|
| regular | 40.00 |
| overtime | 24.75 |
| double | 5.00 |
| worked | 69.75 |
| holiday | - |

11 Lawrence Murphy

| | |
|---|---|
| regular | 40.00 |
| overtime | 27.25 |
| double | 5.00 |
| worked | 72.25 |
| holiday | - |

12 DAVE KNIGHT

| | |
|---|---|
| regular | 40.00 |
| overtime | 16.50 |
| double | 4.50 |
| worked | 61.00 |
| holiday | - |

13 LENNY VAN CISE

| | |
|---|---|
| regular | 40.00 |
| overtime | 16.75 |
| double | 4.00 |
| worked | 60.75 |
| holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          07/01/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 24.75 | 5.00 | 69.75 |
| HOLIDAY | - | | | - |
| | | | | 69.75 |
| LAWRENCE MUPHY | 40.00 | 27.25 | 5.00 | 72.25 |
| HOLIDAY | - | | | - |
| | | | | 72.25 |
| DAVE KNIGHT | 40.00 | 16.50 | 4.50 | 61.00 |
| HOLIDAY | - | | | - |
| | | | | 61.00 |
| LENNY VAN CISE | 40.00 | 16.75 | 4.00 | 60.75 |
| HOLIDAY | - | | | - |
| | | | | 60.75 |

DATE          07/02/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:        07/09/01

From: Trina Meyers          Week End:    07/08/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular      40.00
                           overtime     13.25
                           double        4.00
                                worked   57.25

                           holiday       8.00


11 Lawrence Murphy          regular      40.00
                           overtime     10.50
                           double        5.00
                                worked   55.50

                           holiday       8.00


12 DAVE KNIGHT             regular      40.00
                           overtime     13.00
                           double        4.00
                                worked   57.00

                           holiday       8.00


13 LENNY VAN CISE          regular      40.00
                           overtime     12.00
                           double        4.00
                                worked   56.00

                           holiday       8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER             GAF CORPORATION

PAYROLL DATE        WEEK ENDING          07/08/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.25 | 4.00 | 57.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 65.25 |
| LAWRENCE MUPHY | 40.00 | 10.50 | 5.00 | 55.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 63.50 |
| DAVE KNIGHT | 40.00 | 13.00 | 4.00 | 57.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 65.00 |
| LENNY VAN CISE | 40.00 | 12.00 | 4.00 | 56.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 64.00 |

DATE          07/09/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          07/16/01

From: Trina Meyers          Week End:     07/15/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
| | overtime | 33.00 |
| | double | 3.00 |
| | worked | 76.00 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
| | overtime | 30.25 |
| | double | 3.25 |
| | worked | 73.50 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
| | overtime | 25.50 |
| | double | 3.50 |
| | worked | 69.00 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
| | overtime | 21.25 |
| | double | 3.00 |
| | worked | 64.25 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          07/15/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 33.00 | 3.00 | 76.00 |
| HOLIDAY | - | | | - |
| | | | | 76.00 |
| LAWRENCE MUPHY | 40.00 | 30.25 | 3.25 | 73.50 |
| HOLIDAY | - | | | - |
| | | | | 73.50 |
| DAVE KNIGHT | 40.00 | 25.50 | 3.50 | 69.00 |
| HOLIDAY | - | | | - |
| | | | | 69.00 |
| LENNY VAN CISE | 40.00 | 21.25 | 3.00 | 64.25 |
| HOLIDAY | - | | | - |
| | | | | 64.25 |

DATE          07/16/01

FROM    TRINA MEYERS

To: Accounts Payable            Date:        07/23/01

From: Trina Meyers             Week End:    07/22/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         25.50
                            double            5.00
                                  worked     70.50

                            holiday             -

11 Lawrence Murphy          regular          40.00
                            overtime         32.50
                            double            5.50
                                  worked     78.00

                            holiday             -

12 DAVE KNIGHT              regular          38.75
                            overtime            -
                            double              -
                                  worked     38.75

                            holiday             -

13 LENNY VAN CISE           regular          40.00
                            overtime         14.75
                            double            5.00
                                  worked     59.75

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING        07/22/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 25.50 | 5.00 | 70.50 |
| HOLIDAY | - | | | - |
| | | | | 70.50 |
| LAWRENCE MUPHY | 40.00 | 32.50 | 5.50 | 78.00 |
| HOLIDAY | - | | | - |
| | | | | 78.00 |
| DAVE KNIGHT | 38.75 | - | - | 38.75 |
| HOLIDAY | - | | | - |
| | | | | 38.75 |
| LENNY VAN CISE | 40.00 | 14.75 | 5.00 | 59.75 |
| HOLIDAY | - | | | - |
| | | | | 59.75 |

DATE        07/23/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          07/30/01

From: Trina Meyers          Week End:     07/29/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         30.50
                            double            5.00
                                 worked      75.50

                            holiday              -

11 Lawrence Murphy          regular          40.00
                            overtime         35.00
                            double            5.00
                                 worked      80.00

                            holiday              -

12 DAVE KNIGHT              regular          40.00
                            overtime         18.50
                            double            4.50
                                 worked      63.00

                            holiday              -

13 LENNY VAN CISE           regular          40.00
                            overtime         16.25
                            double            4.50
                                 worked      60.75

                            holiday              -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                GAF CORPORATION

PAYROLL DATE            WEEK ENDING          07/29/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 30.50 | 5.00 | 75.50 |
| HOLIDAY | - | | | - |
| | | | | 75.50 |
| LAWRENCE MUPHY | 40.00 | 35.00 | 5.00 | 80.00 |
| HOLIDAY | - | | | - |
| | | | | 80.00 |
| DAVE KNIGHT | 40.00 | 18.50 | 4.50 | 63.00 |
| HOLIDAY | - | | | - |
| | | | | 63.00 |
| LENNY VAN CISE | 40.00 | 16.25 | 4.50 | 60.75 |
| HOLIDAY | - | | | - |
| | | | | 60.75 |

DATE        07/30/01

FROM    TRINA MEYERS

To: Accounts Payable    Date:    08/06/01

From: Trina Meyers    Week End:    08/05/01

Re: Lease Drivers Hours


10 Dennis Forinash    regular    40.00
    overtime    8.50
    double    -
        worked    48.50

    holiday    8.00


11 Lawrence Murphy    regular    40.00
    overtime    11.00
    double    -
        worked    51.00

    holiday    8.00


12 DAVE KNIGHT    regular    40.00
    overtime    12.00
    double    -
        worked    52.00

    holiday    8.00


13 LENNY VAN CISE    regular    40.00
    overtime    1.50
    double    -
        worked    41.50

    holiday    -

*short 8 hours*

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER            GAF CORPORATION

PAYROLL DATE       WEEK ENDING          08/05/01


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 8.50 | - | 48.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 56.50 |
| LAWRENCE MUPHY | 40.00 | 11.00 | - | 51.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 59.00 |
| DAVE KNIGHT | 40.00 | 12.00 | - | 52.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 60.00 |
| LENNY VAN CISE | 40.00 | 1.50 | - | 41.50 |
| HOLIDAY | - | | | - |
| | | | | 41.50 |


DATE        08/06/01

FROM    TRINA MEYERS

To: Accounts Payable                    Date:        08/13/01

From: Trina Meyers              Week End:    08/12/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime         15.75
                            double            5.00
                                worked       60.75

                            holiday            -


11 Lawrence Murphy          regular          40.00
                            overtime         16.00
                            double            6.00
                                worked       62.00

                            holiday            -


12 DAVE KNIGHT              regular          40.00
                            overtime         15.25
                            double            4.00
                                worked       59.25

                            holiday            -


13 LENNY VAN CISE           regular          40.00
                            overtime          8.75
                            double            4.00
                                worked       52.75

    **Lenny didn't get**     holiday          8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          08/12/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 15.75 | 5.00 | 60.75 |
| HOLIDAY | - | | | - |
| | | | | 60.75 |
| LAWRENCE MUPHY | 40.00 | 16.00 | 6.00 | 62.00 |
| HOLIDAY | - | | | - |
| | | | | 62.00 |
| DAVE KNIGHT | 40.00 | 15.25 | 4.00 | 59.25 |
| HOLIDAY | - | | | - |
| | | | | 59.25 |
| LENNY VAN CISE | 40.00 | 8.75 | 4.00 | 52.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 60.75 |

DATE       08/13/01

FROM   TRINA MEYERS

To: Accounts Payable            Date:            08/20/01

From: Trina Meyers            Week End:        08/19/01

Re: Lease Drivers Hours

10 Dennis Forinash        regular        40.00
                          overtime       19.75
                          double          5.00
                                 worked  64.75

                          holiday           -


11 Lawrence Murphy        regular        40.00
                          overtime       21.50
                          double          5.00
                                 worked  66.50

                          holiday           -


12 DAVE KNIGHT            regular        40.00
                          overtime       18.75
                          double          3.50
                                 worked  62.25

                          holiday           -


13 LENNY VAN CISE         regular        40.00
                          overtime       18.00
                          double          2.50
                                 worked  60.50

                          holiday           -

## TRANSPORTATION UNLIMITED
### FAX (216) 426-2248
### ATTN: GREG MEYERS
### PAYROLL REPORTING SHEET

CUSTOMER             GAF CORPORATION

PAYROLL DATE         WEEK ENDING          08/19/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 19.75 | 5.00 | 64.75 |
| HOLIDAY | - | | | - |
| | | | | 64.75 |
| LAWRENCE MUPHY | 40.00 | 21.50 | 5.00 | 66.50 |
| HOLIDAY | - | | | - |
| | | | | 66.50 |
| DAVE KNIGHT | 40.00 | 18.75 | 3.50 | 62.25 |
| HOLIDAY | - | | | - |
| | | | | 62.25 |
| LENNY VAN CISE | 40.00 | 18.00 | 2.50 | 60.50 |
| HOLIDAY | - | | | - |
| | | | | 60.50 |

DATE          08/20/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          08/27/01

From: Trina Meyers          Week End:     08/26/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         23.75
                            double            4.00
                                worked       67.75

                            holiday            -

11 Lawrence Murphy          regular          40.00
                            overtime         32.50
                            double           12.00
                                worked       84.50

                            holiday            -

12 DAVE KNIGHT              regular          40.00
                            overtime         23.25
                            double            4.00
                                worked       67.25

                            holiday            -

13 LENNY VAN CISE           regular          40.00
                            overtime         21.00
                            double            4.00
                                worked       65.00

                            holiday            -

## TRANSPORTATION UNLIMITED
## FAX (216) 426-2248
## ATTN:  GREG MEYERS
## PAYROLL REPORTING SHEET

CUSTOMER      GAF CORPORATION

PAYROLL DATE      WEEK ENDING      08/26/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 23.75 | 4.00 | 67.75 |
| HOLIDAY | - | | | - |
| | | | | 67.75 |
| LAWRENCE MUPHY | 40.00 | 32.50 | 12.00 | 84.50 |
| HOLIDAY | - | | | - |
| | | | | 84.50 |
| DAVE KNIGHT | 40.00 | 23.25 | 4.00 | 67.25 |
| HOLIDAY | - | | | - |
| | | | | 67.25 |
| LENNY VAN CISE | 40.00 | 21.00 | 4.00 | 65.00 |
| HOLIDAY | - | | | - |
| | | | | 65.00 |

DATE      08/27/01

FROM    TRINA MEYERS

From: Trina Meyers          Week End:      09/02/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular        40.00
                            overtime       24.25
                            double          6.00
                                  worked   70.25

                            holiday           -

11 Lawrence Murphy          regular        40.00
                            overtime       13.75
                            double          7.00
                                  worked   60.75

                            holiday           -

12 DAVE KNIGHT              regular        40.00
                            overtime       34.50
                            double          4.75
                                  worked   79.25

                            holiday           -

13 LENNY VAN CISE           regular        40.00
                            overtime       28.00
                            double          3.50
                                  worked   71.50

                            holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER             GAF CORPORATION

PAYROLL DATE         WEEK ENDING          09/02/01


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 24.25 | 6.00 | 70.25 |
| HOLIDAY | - | | | - |
| | | | | 70.25 |
| LAWRENCE MUPHY | 40.00 | 13.75 | 7.00 | 60.75 |
| HOLIDAY | - | | | - |
| | | | | 60.75 |
| DAVE KNIGHT | 40.00 | 34.50 | 4.75 | 79.25 |
| HOLIDAY | - | | | - |
| | | | | 79.25 |
| LENNY VAN CISE | 40.00 | 28.00 | 3.50 | 71.50 |
| HOLIDAY | - | | | - |
| | | | | 71.50 |


**DATE**        09/03/01

**FROM**   **TRINA MEYERS**