To: Accounts Payable          Date:        09/10/01

From: Trina Meyers          Week End:    09/09/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         10.50
                            double            5.00
                                   worked    55.50

                            holiday           8.00

11 Lawrence Murphy          regular          40.00
                            overtime         21.75
                            double            5.00
                                   worked    66.75

                            holiday           8.00

12 DAVE KNIGHT              regular          40.00
                            overtime         18.00
                            double            3.75
                                   worked    61.75

                            holiday           8.00

13 LENNY VAN CISE           regular          40.00
                            overtime         14.00
                            double            4.00
                                   worked    58.00

                            holiday           8.00

**ATTACHMENT
7
Part 1 of 2**

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING        09/09/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 10.50 | 5.00 | 55.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 63.50 |
| LAWRENCE MUPHY | 40.00 | 21.75 | 5.00 | 66.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 74.75 |
| DAVE KNIGHT | 40.00 | 18.00 | 3.75 | 61.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 69.75 |
| LENNY VAN CISE | 40.00 | 14.00 | 4.00 | 58.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 66.00 |

DATE           09/10/01

FROM   TRINA MEYERS

To: Accounts Payable          Date:          09/17/01

From: Trina Meyers          Week End:     09/16/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular        40.00
                            overtime       13.25
                            double          5.50
                                worked     58.75

                            holiday           -

11 Lawrence Murphy          regular        40.00
                            overtime       20.00
                            double          5.50
                                worked     65.50

                            holiday           -

12 DAVE KNIGHT              regular        40.00
                            overtime       22.00
                            double          5.00
                                worked     67.00

                            holiday           -

13 LENNY VAN CISE           regular        40.00
                            overtime       22.25
                            double          5.00
                                worked     67.25

                            holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER              GAF CORPORATION

PAYROLL DATE          WEEK ENDING          09/16/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.25 | 5.50 | 58.75 |
| HOLIDAY | - | | | - |
| | | | | 58.75 |
| LAWRENCE MUPHY | 40.00 | 20.00 | 5.50 | 65.50 |
| HOLIDAY | - | | | - |
| | | | | 65.50 |
| DAVE KNIGHT | 40.00 | 22.00 | 5.00 | 67.00 |
| HOLIDAY | - | | | - |
| | | | | 67.00 |
| LENNY VAN CISE | 40.00 | 22.25 | 5.00 | 67.25 |
| HOLIDAY | - | | | - |
| | | | | 67.25 |

DATE          09/17/01

FROM   TRINA MEYERS

To: Accounts Payable         Date:          09/24/01

From: Trina Meyers          Week End:    09/23/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime         21.00
                            double            5.00
                                worked       66.00

                            holiday            -


11 Lawrence Murphy          regular          40.00
                            overtime         11.50
                            double            5.75
                                worked       57.25

                            holiday            -


12 DAVE KNIGHT              regular          40.00
                            overtime         24.50
                            double             -
                                worked       64.50

                            holiday            -


13 LENNY VAN CISE           regular          40.00
                            overtime         10.25
                            double             -
                                worked       50.25

                            holiday            -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING        09/23/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 21.00 | 5.00 | 66.00 |
| HOLIDAY | - | | | - |
| | | | | 66.00 |
| LAWRENCE MUPHY | 40.00 | 11.50 | 5.75 | 57.25 |
| HOLIDAY | - | | | - |
| | | | | 57.25 |
| DAVE KNIGHT | 40.00 | 24.50 | - | 64.50 |
| HOLIDAY | - | | | - |
| | | | | 64.50 |
| LENNY VAN CISE | 40.00 | 10.25 | - | 50.25 |
| HOLIDAY | - | | | - |
| | | | | 50.25 |

DATE        09/24/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          10/01/01

From: Trina Meyers          Week End:    09/30/01

Re: Lease Drivers Hours

10 Dennis Forinash

| | | |
|---|---|---:|
| | regular | 40.00 |
| | overtime | 13.75 |
| | double | - |
| | worked | 53.75 |
| | holiday | - |

11 Lawrence Murphy

| | | |
|---|---|---:|
| | regular | 40.00 |
| | overtime | 16.00 |
| | double | 5.00 |
| | worked | 61.00 |
| | holiday | - |

12 DAVE KNIGHT

| | | |
|---|---|---:|
| | regular | 40.00 |
| | overtime | 12.75 |
| | double | 5.25 |
| | worked | 58.00 |
| | holiday | - |

13 LENNY VAN CISE

| | | |
|---|---|---:|
| | regular | 40.00 |
| | overtime | 15.25 |
| | double | 4.00 |
| | worked | 59.25 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          09/30/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.75 | - | 53.75 |
| HOLIDAY | - | | | - |
| | | | | 53.75 |
| LAWRENCE MUPHY | 40.00 | 16.00 | 5.00 | 61.00 |
| HOLIDAY | - | | | - |
| | | | | 61.00 |
| DAVE KNIGHT | 40.00 | 12.75 | 5.25 | 58.00 |
| HOLIDAY | - | | | - |
| | | | | 58.00 |
| LENNY VAN CISE | 40.00 | 15.25 | 4.00 | 59.25 |
| HOLIDAY | - | | | - |
| | | | | 59.25 |

DATE          10/01/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:          10/08/01

From: Trina Meyers          Week End:    10/07/01

Re: Lease Drivers Hours

10 Dennis Forinash

| | |
|---|---|
| regular | 40.00 |
| overtime | 18.50 |
| double | - |
| worked | 58.50 |
| holiday | - |

11 Lawrence Murphy

| | |
|---|---|
| regular | 40.00 |
| overtime | 26.25 |
| double | - |
| worked | 66.25 |
| holiday | - |

12 DAVE KNIGHT

| | |
|---|---|
| regular | 40.00 |
| overtime | 17.50 |
| double | - |
| worked | 57.50 |
| holiday | - |

13 LENNY VAN CISE

| | |
|---|---|
| regular | 40.00 |
| overtime | 7.50 |
| double | - |
| worked | 47.50 |
| holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER             GAF CORPORATION

PAYROLL DATE         WEEK ENDING          10/07/01


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 18.50 | - | 58.50 |
| HOLIDAY | - | | | - |
| | | | | 58.50 |
| LAWRENCE MUPHY | 40.00 | 26.25 | - | 66.25 |
| HOLIDAY | - | | | - |
| | | | | 66.25 |
| DAVE KNIGHT | 40.00 | 17.50 | - | 57.50 |
| HOLIDAY | - | | | - |
| | | | | 57.50 |
| LENNY VAN CISE | 40.00 | 7.50 | - | 47.50 |
| HOLIDAY | - | | | - |
| | | | | 47.50 |


**DATE          10/08/01**

**FROM    TRINA MEYERS**

To: Accounts Payable    Date: 10/15/01

From: Trina Meyers    Week End:    10/14/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
| | overtime | 25.50 |
| | double | 6.50 |
| | worked | 72.00 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
| | overtime | 16.75 |
| | double | - |
| | worked | 56.75 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
| | overtime | 26.00 |
| | double | 6.50 |
| | worked | 72.50 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
| | overtime | 19.50 |
| | double | 5.50 |
| | worked | 65.00 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER                  GAF CORPORATION

PAYROLL DATE              WEEK ENDING          10/14/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 25.50 | 6.50 | 72.00 |
| HOLIDAY | - | | | - |
| | | | | 72.00 |
| LAWRENCE MUPHY | 40.00 | 16.75 | - | 56.75 |
| HOLIDAY | - | | | - |
| | | | | 56.75 |
| DAVE KNIGHT | 40.00 | 26.00 | 6.50 | 72.50 |
| HOLIDAY | - | | | - |
| | | | | 72.50 |
| LENNY VAN CISE | 40.00 | 19.50 | 5.50 | 65.00 |
| HOLIDAY | - | | | - |
| | | | | 65.00 |

DATE          10/15/01

FROM    TRINA MEYERS

To: Accounts Payable            Date:            10/22/01

From: Trina Meyers            Week End:        10/21/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime         25.00
                            double            5.50
                                worked       70.50

                            holiday             -


11 Lawrence Murphy          regular             -
                            overtime            -
                            double              -
                                worked          -

                            holiday             -
                            VACATION         40.00

12 DAVE KNIGHT              regular          40.00
                            overtime         18.75
                            double            5.25
                                worked       64.00

                            holiday             -


13 LENNY VAN CISE           regular          40.00
                            overtime         17.25
                            double            5.50
                                worked       62.75

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER  GAF CORPORATION

PAYROLL DATE  WEEK ENDING  10/21/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 25.00 | 5.50 | 70.50 |
| HOLIDAY | - | | | - |
| | | | | 70.50 |
| LAWRENCE MUPHY | - | - | - | - |
| HOLIDAY | - | | | 40.00 |
| VACATION | 40.00 | | | 40.00 |
| DAVE KNIGHT | 40.00 | 18.75 | 5.25 | 64.00 |
| HOLIDAY | - | | | - |
| | | | | 64.00 |
| LENNY VAN CISE | 40.00 | 17.25 | 5.50 | 62.75 |
| HOLIDAY | - | | | - |
| | | | | 62.75 |

DATE  10/22/01

FROM  TRINA MEYERS

To: Accounts Payable      Date:     10/29/01

From: Trina Meyers      Week End:     10/28/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
| | overtime | 16.25 |
| | double | - |
| | worked | 56.25 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
| | overtime | 27.50 |
| | double | - |
| | worked | 67.50 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
| | overtime | 35.50 |
| | double | - |
| | worked | 75.50 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
| | overtime | 34.50 |
| | double | - |
| | worked | 74.50 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          10/28/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 16.25 | - | 56.25 |
| HOLIDAY | - | | | - |
| | | | | 56.25 |
| LAWRENCE MUPHY | 40.00 | 27.50 | - | 67.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 67.50 |
| DAVE KNIGHT | 40.00 | 35.50 | - | 75.50 |
| HOLIDAY | - | | | - |
| | | | | 75.50 |
| LENNY VAN CISE | 40.00 | 34.50 | - | 74.50 |
| HOLIDAY | - | | | - |
| | | | | 74.50 |

DATE          10/29/01

FROM    TRINA MEYERS

To: Accounts Payable          Date:        11/05/01

From: Trina Meyers          Week End:    11/04/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime         26.00
                            double              -
                               worked        66.00

                            holiday             -


11 Lawrence Murphy          regular          40.00
                            overtime         39.00
                            double              -
                               worked        79.00

                            holiday             -


12 DAVE KNIGHT              regular          40.00
                            overtime         20.00
                            double              -
                               worked        60.00

                            holiday             -


13 LENNY VAN CISE           regular          40.00
                            overtime         12.00
                            double              -
                               worked        52.00

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                GAF CORPORATION

PAYROLL DATE            WEEK ENDING        11/04/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 26.00 | - | 66.00 |
| HOLIDAY | - | | | - |
| | | | | 66.00 |
| LAWRENCE MUPHY | 40.00 | 39.00 | - | 79.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 79.00 |
| DAVE KNIGHT | 40.00 | 20.00 | - | 60.00 |
| HOLIDAY | - | | | - |
| | | | | 60.00 |
| LENNY VAN CISE | 40.00 | 12.00 | - | 52.00 |
| HOLIDAY | - | | | - |
| | | | | 52.00 |

**DATE**        **11/05/01**

**FROM**    **TRINA MEYERS**

To: Accounts Payable          Date:          11/12/01

From: Trina Meyers          Week End:     11/11/01

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         24.50
                            double            5.00
                              worked         69.50

                            holiday             -


11 Lawrence Murphy          regular          40.00
                            overtime         24.50
                            double            5.00
                              worked         69.50

                            holiday             -


12 DAVE KNIGHT              regular          40.00
                            overtime         17.00
                            double            3.50
                              worked         60.50

                            holiday             -


13 LENNY VAN CISE           regular          40.00
                            overtime          7.00
                            double              -
                              worked         47.00

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER              GAF CORPORATION

PAYROLL DATE         WEEK ENDING          11/11/01


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 24.50 | 5.00 | 69.50 |
| HOLIDAY | - | | | - |
| | | | | 69.50 |
| LAWRENCE MUPHY | 40.00 | 24.50 | 5.00 | 69.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 69.50 |
| DAVE KNIGHT | 40.00 | 17.00 | 3.50 | 60.50 |
| HOLIDAY | - | | | - |
| | | | | 60.50 |
| LENNY VAN CISE | 40.00 | 7.00 | - | 47.00 |
| HOLIDAY | - | | | - |
| | | | | 47.00 |


DATE        11/12/01

FROM   TRINA MEYERS

To: Accounts Payable          Date:          11/19/01

From: Trina Meyers          Week End:     11/18/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
|---|---|---|
| | overtime | 21.75 |
| | double | - |
| | worked | 61.75 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
|---|---|---|
| | overtime | 23.25 |
| | double | - |
| | worked | 63.25 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
|---|---|---|
| | overtime | 21.75 |
| | double | - |
| | worked | 61.75 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
|---|---|---|
| | overtime | 19.25 |
| | double | - |
| | worked | 59.25 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING          11/18/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 21.75 | - | 61.75 |
| HOLIDAY | - | | | - |
| | | | | 61.75 |
| LAWRENCE MUPHY | 40.00 | 23.25 | - | 63.25 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 63.25 |
| DAVE KNIGHT | 40.00 | 21.75 | - | 61.75 |
| HOLIDAY | - | | | - |
| | | | | 61.75 |
| LENNY VAN CISE | 40.00 | 19.25 | - | 59.25 |
| HOLIDAY | - | | | - |
| | | | | 59.25 |

DATE        11/19/01

FROM    TRINA MEYERS

To: Accounts Payable        Date:              11/26/01

From: Trina Meyers           Week End:     11/25/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 35.75 | |
|---|---|---|---|
| | overtime | - | |
| | double | 5.00 | |
| | worked | 40.75 | |
| | holiday | 16.00 | 56.75 |

| 11 Lawrence Murphy | regular | 44.50 | |
|---|---|---|---|
| | overtime | - | |
| | double | 9.00 | |
| | worked | 53.50 | |
| | holiday | 16.00 | 69.50 |

| 12 DAVE KNIGHT | regular | 41.00 | |
|---|---|---|---|
| | overtime | - | |
| | double | 6.50 | |
| | worked | 47.50 | |
| | holiday | 16.00 | 63.50 |

| 13 LENNY VAN CISE | regular | 33.00 | |
|---|---|---|---|
| | overtime | - | |
| | double | 4.75 | |
| | worked | 37.75 | |
| | holiday | 16.00 | 53.75 |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING        11/25/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 35.75 | - | 5.00 | 40.75 |
| HOLIDAY | 16.00 | | | 16.00 |
| | | | | 56.75 |
| LAWRENCE MUPHY | 44.50 | - | 9.00 | 53.50 |
| HOLIDAY | 16.00 | | | 16.00 |
| VACATION | - | | | 69.50 |
| DAVE KNIGHT | 41.00 | - | 6.50 | 47.50 |
| HOLIDAY | 16.00 | | | 16.00 |
| | | | | 63.50 |
| LENNY VAN CISE | 33.00 | - | 4.75 | 37.75 |
| HOLIDAY | 16.00 | | | 16.00 |
| | | | | 53.75 |

DATE        11/26/01

FROM    TRINA MEYERS

To: Accounts Payable        Date:        12/03/01

From: Trina Meyers        Week End:        12/02/01

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 35.75 | |
| | overtime | - | |
| | double | - | |
| | worked | 35.75 | |
| | holiday | 8.00 | 43.75 |

| 11 Lawrence Murphy | regular | 40.00 | |
| | overtime | 11.25 | |
| | double | - | |
| | worked | 51.25 | |
| | holiday | 8.00 | 59.25 |

| 12 DAVE KNIGHT | regular | 40.00 | |
| | overtime | 1.75 | |
| | double | - | |
| | worked | 41.75 | |
| | holiday | 8.00 | 49.75 |

| 13 LENNY VAN CISE | regular | 23.00 | |
| | overtime | - | |
| | double | - | |
| | worked | 23.00 | |
| | holiday | 8.00 | 31.00 |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          12/02/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 35.75 | - | - | 35.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 43.75 |
| LAWRENCE MUPHY | 40.00 | 11.25 | - | 51.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 59.25 |
| DAVE KNIGHT | 40.00 | 1.75 | - | 41.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 49.75 |
| LENNY VAN CISE | 23.00 | - | - | 23.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 31.00 |

**DATE**        **12/03/01**

**FROM**    **TRINA MEYERS**

To: Accounts Payable        Date:        12/10/01

From: Trina Meyers        Week End:    12/09/01

Re: Lease Drivers Hours

10 Dennis Forinash        regular        40.00
                          overtime        7.00
                          double           -
                              worked      47.00

                          holiday          -

11 Lawrence Murphy        regular        40.00
                          overtime       22.50
                          double           -
                              worked      62.50

                          holiday          -

12 DAVE KNIGHT            regular        40.00
                          overtime       20.00
                          double           -
                              worked      60.00

                          holiday          -

13 LENNY VAN CISE         regular        40.00
                          overtime       16.00
                          double           -
                              worked      56.00

                          holiday          -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER　　　　　　　GAF CORPORATION

PAYROLL DATE　　　　　WEEK ENDING　　　12/09/01


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 7.00 | - | 47.00 |
| HOLIDAY | - | | | - |
| | | | | 47.00 |
| LAWRENCE MUPHY | 40.00 | 22.50 | - | 62.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 62.50 |
| DAVE KNIGHT | 40.00 | 20.00 | - | 60.00 |
| HOLIDAY | - | | | - |
| | | | | 60.00 |
| LENNY VAN CISE | 40.00 | 16.00 | - | 56.00 |
| HOLIDAY | - | | | - |
| | | | | 56.00 |


**DATE**　　　　**12/10/01**

**FROM**　　**TRINA MEYERS**

To: Accounts Payable        Date:        12/17/01

From: Trina Meyers        Week End:    12/16/01

Re: Lease Drivers Hours

10 Dennis Forinash        regular        40.00
                          overtime       12.00
                          double          -
                              worked     52.00

                          holiday          -

11 Lawrence Murphy        regular        40.00
                          overtime       16.50
                          double          -
                              worked     56.50

                          holiday          -

12 DAVE KNIGHT            regular        40.00
                          overtime       13.50
                          double          -
                              worked     53.50

                          holiday          -

13 LENNY VAN CISE         regular        40.00
                          overtime       12.00
                          double          -
                              worked     52.00

                          holiday          -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          12/16/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 12.00 | - | 52.00 |
|     HOLIDAY | - | | | - |
| | | | | 52.00 |
| LAWRENCE MUPHY | 40.00 | 16.50 | - | 56.50 |
|     HOLIDAY | - | | | - |
|     VACATION | - | | | 56.50 |
| DAVE KNIGHT | 40.00 | 13.50 | - | 53.50 |
|     HOLIDAY | - | | | - |
| | | | | 53.50 |
| LENNY VAN CISE | 40.00 | 12.00 | - | 52.00 |
|     HOLIDAY | - | | | - |
| | | | | 52.00 |

**DATE**        **12/17/01**

**FROM**   **TRINA MEYERS**

To: Accounts Payable          Date:          12/24/01

From: Trina Meyers          Week End:          12/23/01

Re: Lease Drivers Hours


10 Dennis Forinash

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 10.75 |
| double | - |
| worked | 50.75 |

holiday          -


11 Lawrence Murphy

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 22.50 |
| double | - |
| worked | 62.50 |

holiday          -


12 DAVE KNIGHT

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 9.75 |
| double | - |
| worked | 49.75 |

holiday          -


13 LENNY VAN CISE

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 1.00 |
| double | - |
| worked | 41.00 |

holiday          -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER             GAF CORPORATION

PAYROLL DATE         WEEK ENDING          12/23/01

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 10.75 | - | 50.75 |
| HOLIDAY | - | | | - |
| | | | | 50.75 |
| LAWRENCE MUPHY | 40.00 | 22.50 | - | 62.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 62.50 |
| DAVE KNIGHT | 40.00 | 9.75 | - | 49.75 |
| HOLIDAY | - | | | - |
| | | | | 49.75 |
| LENNY VAN CISE | 40.00 | 1.00 | - | 41.00 |
| HOLIDAY | - | | | - |
| | | | | 41.00 |

**DATE**        12/24/01

**FROM**    TRINA MEYERS

To: Accounts Payable          Date:          12/31/01

From: Trina Meyers          Week End:     12/30/01

Re: Lease Drivers Hours


10 Dennis Forinash          regular          28.00
                            overtime          -
                            double            -
                                 worked      28.00

                            holiday           8.00          36.00


11 Lawrence Murphy          regular          34.50
                            overtime          -
                            double            -
                                 worked      34.50

                            holiday           8.00          42.50


12 DAVE KNIGHT              regular          29.75
                            overtime          -
                            double            -
                                 worked      29.75

                            holiday           8.00          37.75


13 LENNY VAN CISE           regular          28.50
                            overtime          -
                            double            -
                                 worked      28.50

                            holiday           8.00          36.50

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER                       GAF CORPORATION

PAYROLL DATE                   WEEK ENDING          12/30/01


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 28.00 | - | - | 28.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 36.00 |
| LAWRENCE MUPHY | 34.50 | - | - | 34.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 42.50 |
| DAVE KNIGHT | 29.75 | - | - | 29.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 37.75 |
| LENNY VAN CISE | 28.50 | - | - | 28.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 36.50 |


**DATE**        **12/31/01**

**FROM**    **TRINA MEYERS**

To: Accounts Payable          Date:          01/07/02

From: Trina Meyers          Week End:     01/06/02

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 | |
|---|---|---|---|
| | overtime | 6.50 | |
| | double | 4.00 | |
| | worked | 50.50 | |
| | holiday | 8.00 | 58.50 |

| 11 Lawrence Murphy | regular | 40.00 | |
|---|---|---|---|
| | overtime | 11.50 | |
| | double | 7.75 | |
| | worked | 59.25 | |
| | holiday | 8.00 | 67.25 |

| 12 DAVE KNIGHT | regular | 30.75 | |
|---|---|---|---|
| | overtime | - | |
| | double | - | |
| | worked | 30.75 | |
| | holiday | 8.00 | 38.75 |

| 13 LENNY VAN CISE | regular | 31.00 | |
|---|---|---|---|
| | overtime | - | |
| | double | 3.50 | |
| | worked | 34.50 | |
| | holiday | 8.00 | 42.50 |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING            01/06/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 6.50 | 4.00 | 50.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 58.50 |
| LAWRENCE MUPHY | 40.00 | 11.50 | 7.75 | 59.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 67.25 |
| DAVE KNIGHT | 30.75 | - | - | 30.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 38.75 |
| LENNY VAN CISE | 31.00 | - | 3.50 | 34.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 42.50 |

**DATE**        01/07/02

**FROM**   TRINA MEYERS

To: Accounts Payable       Date:       01/14/02

From: Trina Meyers         Week End:   01/13/02

Re: Lease Drivers Hours

10 Dennis Forinash         regular     40.00
                           overtime    13.50
                           double       5.00
                                worked  58.50

                           holiday        -

11 Lawrence Murphy         regular     40.00
                           overtime    21.00
                           double       5.00
                                worked  66.00

                           holiday        -

12 DAVE KNIGHT             regular     40.00
                           overtime    17.75
                           double       5.00
                                worked  62.75

                           holiday        -

13 LENNY VAN CISE          regular     40.00
                           overtime    14.00
                           double         -
                                worked  54.00

                           holiday        -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER                    GAF CORPORATION

PAYROLL DATE               WEEK ENDING          01/13/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.50 | 5.00 | 58.50 |
| HOLIDAY | - | | | - |
| | | | | 58.50 |
| LAWRENCE MUPHY | 40.00 | 21.00 | 5.00 | 66.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 66.00 |
| DAVE KNIGHT | 40.00 | 17.75 | 5.00 | 62.75 |
| HOLIDAY | - | | | - |
| | | | | 62.75 |
| LENNY VAN CISE | 40.00 | 14.00 | - | 54.00 |
| HOLIDAY | - | | | - |
| | | | | 54.00 |

**DATE**        **01/14/02**

**FROM**   **TRINA MEYERS**

To: Accounts Payable    Date:    01/21/02

From: Trina Meyers    Week End:    01/20/02

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
| | overtime | 14.00 |
| | double | 5.00 |
| | worked | 59.00 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
| | overtime | 15.00 |
| | double | 5.00 |
| | worked | 60.00 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
| | overtime | 12.75 |
| | double | 5.50 |
| | worked | 58.25 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
| | overtime | 12.25 |
| | double | - |
| | worked | 52.25 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER        GAF CORPORATION

PAYROLL DATE    WEEK ENDING        01/20/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 14.00 | 5.00 | 59.00 |
| HOLIDAY | - | | | - |
| | | | | 59.00 |
| LAWRENCE MUPHY | 40.00 | 15.00 | 5.00 | 60.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 60.00 |
| DAVE KNIGHT | 40.00 | 12.75 | 5.50 | 58.25 |
| HOLIDAY | - | | | - |
| | | | | 58.25 |
| LENNY VAN CISE | 40.00 | 12.25 | - | 52.25 |
| HOLIDAY | - | | | - |
| | | | | 52.25 |

DATE        01/21/02

FROM    TRINA MEYERS

To: Accounts Payable    Date:        01/28/02

From: Trina Meyers    Week End:    01/27/02

Re: Lease Drivers Hours

10 Dennis Forinash    regular    40.00
                      overtime   13.75
                      double      5.25
                         worked  59.00

                      holiday       -

11 Lawrence Murphy    regular    40.00
                      overtime   20.75
                      double      5.00
                         worked  65.75

                      holiday       -

12 DAVE KNIGHT        regular    40.00
                      overtime   19.50
                      double      4.00
                         worked  63.50

                      holiday       -

13 LENNY VAN CISE     regular    40.00
                      overtime   15.50
                      double        -
                         worked  55.50

                      holiday       -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          01/27/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 13.75 | 5.25 | 59.00 |
| HOLIDAY | - | | | - |
| | | | | 59.00 |
| LAWRENCE MUPHY | 40.00 | 20.75 | 5.00 | 65.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 65.75 |
| DAVE KNIGHT | 40.00 | 19.50 | 4.00 | 63.50 |
| HOLIDAY | - | | | - |
| | | | | 63.50 |
| LENNY VAN CISE | 40.00 | 15.50 | - | 55.50 |
| HOLIDAY | - | | | - |
| | | | | 55.50 |

DATE          01/28/02

FROM     TRINA MEYERS

To: Accounts Payable          Date:          02/04/02

From: Trina Meyers          Week End:          02/03/02

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         10.50
                            double              -
                                worked       50.50

                            holiday             -

11 Lawrence Murphy          regular          40.00
                            overtime         43.75
                            double              -
                                worked       83.75

                            holiday             -

12 DAVE KNIGHT              regular          40.00
                            overtime         14.75
                            double              -
                                worked       54.75

                            holiday             -

13 LENNY VAN CISE           regular          40.00
                            overtime         11.00
                            double            5.00
                                worked       56.00

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING        02/03/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 10.50 | - | 50.50 |
| HOLIDAY | - | | | - |
| | | | | 50.50 |
| LAWRENCE MUPHY | 40.00 | 43.75 | - | 83.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 83.75 |
| DAVE KNIGHT | 40.00 | 14.75 | - | 54.75 |
| HOLIDAY | - | | | - |
| | | | | 54.75 |
| LENNY VAN CISE | 40.00 | 11.00 | 5.00 | 56.00 |
| HOLIDAY | - | | | - |
| | | | | 56.00 |

DATE          02/04/02

FROM    TRINA MEYERS

To: Accounts Payable        Date:        02/11/02

From: Trina Meyers          Week End:    02/10/02

Re: Lease Drivers Hours


10 Dennis Forinash          regular      40.00
                            overtime      8.75
                            double           -
                                worked   48.75

                            holiday          -


11 Lawrence Murphy          regular      40.00
                            overtime     25.00
                            double           -
                                worked   65.00

                            holiday          -


12 DAVE KNIGHT              regular      40.00
                            overtime     16.50
                            double           -
                                worked   56.50

                            holiday          -


13 LENNY VAN CISE           regular      40.00
                            overtime      9.00
                            double           -
                                worked   49.00

                            holiday          -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          02/10/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 8.75 | - | 48.75 |
| HOLIDAY | - | | | - |
| | | | | 48.75 |
| LAWRENCE MUPHY | 40.00 | 25.00 | - | 65.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 65.00 |
| DAVE KNIGHT | 40.00 | 16.50 | - | 56.50 |
| HOLIDAY | - | | | - |
| | | | | 56.50 |
| LENNY VAN CISE | 40.00 | 9.00 | - | 49.00 |
| HOLIDAY | - | | | - |
| | | | | 49.00 |

DATE          02/11/02

FROM    TRINA MEYERS

To: Accounts Payable          Date:          02/18/02

From: Trina Meyers          Week End:     02/17/02

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         17.75
                            double              -
                                 worked      57.75

                            holiday             -


11 Lawrence Murphy          regular          40.00
                            overtime         34.75
                            double            7.00
                                 worked      81.75

                            holiday             -


12 DAVE KNIGHT              regular          40.00
                            overtime         22.50
                            double              -
                                 worked      62.50

                            holiday             -


13 LENNY VAN CISE           regular          40.00
                            overtime         19.75
                            double              -
                                 worked      59.75

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          02/17/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 17.75 | - | 57.75 |
| HOLIDAY | - | | | - |
| | | | | 57.75 |
| LAWRENCE MUPHY | 40.00 | 34.75 | 7.00 | 81.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 81.75 |
| DAVE KNIGHT | 40.00 | 22.50 | - | 62.50 |
| HOLIDAY | - | | | - |
| | | | | 62.50 |
| LENNY VAN CISE | 40.00 | 19.75 | - | 59.75 |
| HOLIDAY | - | | | - |
| | | | | 59.75 |

**DATE**        02/18/02

**FROM**   **TRINA MEYERS**

To: Accounts Payable          Date:          02/25/02

From: Trina Meyers          Week End:      02/24/02

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime         10.00
                            double           16.75
                                  worked     66.75

                            holiday           8.00


11 Lawrence Murphy          regular          40.00
                            overtime         18.25
                            double           16.75
                                  worked     75.00

                            holiday           8.00


12 DAVE KNIGHT              regular          40.00
                            overtime         10.00
                            double           18.50
                                  worked     68.50

                            holiday           8.00


13 LENNY VAN CISE           regular          40.00
                            overtime          3.50
                            double           10.00
                                  worked     53.50

                            holiday           8.00

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING         02/24/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 10.00 | 16.75 | 66.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 74.75 |
| LAWRENCE MUPHY | 40.00 | 18.25 | 16.75 | 75.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 83.00 |
| DAVE KNIGHT | 40.00 | 10.00 | 18.50 | 68.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 76.50 |
| LENNY VAN CISE | 40.00 | 3.50 | 10.00 | 53.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 61.50 |

DATE        02/25/02

FROM   TRINA MEYERS