To: Accounts Payable    Date: 03/04/02

From: Trina Meyers    Week End: 03/03/02

Re: Lease Drivers Hours

10 Dennis Forinash

| | |
|---|---|
| regular | 40.00 |
| overtime | 16.25 |
| double | 5.00 |
| worked | 61.25 |

holiday    -

11 Lawrence Murphy

| | |
|---|---|
| regular | 40.00 |
| overtime | 28.50 |
| double | 5.00 |
| worked | 73.50 |

holiday    -

12 DAVE KNIGHT

| | |
|---|---|
| regular | 40.00 |
| overtime | 23.75 |
| double | 4.25 |
| worked | 68.00 |

holiday    -

13 LENNY VAN CISE

| | |
|---|---|
| regular | 40.00 |
| overtime | 16.75 |
| double | 3.50 |
| worked | 60.25 |

holiday    -

ATTACHMENT
7
Part 2 of 2

### TRANSPORTATION UNLIMITED
### FAX (216) 426-2248
### ATTN: GREG MEYERS
### PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          03/03/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 16.25 | 5.00 | 61.25 |
| HOLIDAY | - | | | - |
| | | | | 61.25 |
| LAWRENCE MUPHY | 40.00 | 28.50 | 5.00 | 73.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | |
| | | | | 73.50 |
| DAVE KNIGHT | 40.00 | 23.75 | 4.25 | 68.00 |
| HOLIDAY | - | | | - |
| | | | | 68.00 |
| LENNY VAN CISE | 40.00 | 16.75 | 3.50 | 60.25 |
| HOLIDAY | - | | | - |
| | | | | 60.25 |

DATE          03/04/02

FROM   TRINA MEYERS

To: Accounts Payable         Date:           03/11/02

From: Trina Meyers          Week End:    03/10/02

Re: Lease Drivers Hours


10 Dennis Forinash          regular         40.00
                            overtime        12.50
                            double           6.50
                                 worked     59.00

                            holiday            -


11 Lawrence Murphy          regular         40.00
                            overtime        16.50
                            double           6.50
                                 worked     63.00

                            holiday            -


12 DAVE KNIGHT              regular         40.00
                            overtime        12.50
                            double             -
                                 worked     52.50

                            holiday            -


13 LENNY VAN CISE           regular         40.00
                            overtime         3.30
                            double             -
                                 worked     43.30

                            holiday            -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          03/10/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 12.50 | 6.50 | 59.00 |
| HOLIDAY | - | | | - |
| | | | | 59.00 |
| LAWRENCE MUPHY | 40.00 | 16.50 | 6.50 | 63.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 63.00 |
| DAVE KNIGHT | 40.00 | 12.50 | - | 52.50 |
| HOLIDAY | - | | | - |
| | | | | 52.50 |
| LENNY VAN CISE | 40.00 | 3.30 | - | 43.30 |
| HOLIDAY | - | | | - |
| | | | | 43.30 |

DATE        03/11/02

FROM    TRINA MEYERS

To: Accounts Payable          Date:        03/18/02

From: Trina Meyers           Week End:    03/17/02

Re: Lease Drivers Hours

10 Dennis Forinash        regular          40.00
                          overtime          8.75
                          double               -
                              worked       48.75

                          holiday              -

11 Lawrence Murphy        regular          40.00
                          overtime         15.75
                          double               -
                              worked       55.75

                          holiday              -

12 DAVE KNIGHT            regular          40.00
                          overtime         10.75
                          double               -
                              worked       50.75

                          holiday              -

13 LENNY VAN CISE         regular          40.00
                          overtime          0.25
                          double               -
                              worked       40.25

                          holiday              -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          03/17/02


| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 8.75 | - | 48.75 |
| HOLIDAY | - | | | - |
| | | | | 48.75 |
| LAWRENCE MUPHY | 40.00 | 15.75 | - | 55.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 55.75 |
| DAVE KNIGHT | 40.00 | 10.75 | - | 50.75 |
| HOLIDAY | - | | | - |
| | | | | 50.75 |
| LENNY VAN CISE | 40.00 | 0.25 | - | 40.25 |
| HOLIDAY | - | | | - |
| | | | | 40.25 |


**DATE**        03/18/02

**FROM**    TRINA MEYERS

To: Accounts Payable         Date:         03/25/02

From: Trina Meyers         Week End:    03/24/02

Re: Lease Drivers Hours

| 10 Dennis Forinash | regular | 40.00 |
|---|---|---|
| | overtime | 12.25 |
| | double | 5.00 |
| | worked | 57.25 |
| | holiday | - |

| 11 Lawrence Murphy | regular | 40.00 |
|---|---|---|
| | overtime | 18.25 |
| | double | 4.50 |
| | worked | 62.75 |
| | holiday | - |

| 12 DAVE KNIGHT | regular | 40.00 |
|---|---|---|
| | overtime | 10.00 |
| | double | 5.75 |
| | worked | 55.75 |
| | holiday | - |

| 13 LENNY VAN CISE | regular | 40.00 |
|---|---|---|
| | overtime | 10.50 |
| | double | - |
| | worked | 50.50 |
| | holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING        03/24/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 12.25 | 5.00 | 57.25 |
| HOLIDAY | - | | | - |
| | | | | 57.25 |
| LAWRENCE MUPHY | 40.00 | 18.25 | 4.50 | 62.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 62.75 |
| DAVE KNIGHT | 40.00 | 10.00 | 5.75 | 55.75 |
| HOLIDAY | - | | | - |
| | | | | 55.75 |
| LENNY VAN CISE | 40.00 | 10.50 | - | 50.50 |
| HOLIDAY | - | | | - |
| | | | | 50.50 |

DATE        03/25/02

FROM    TRINA MEYERS

To: Accounts Payable        Date:        04/01/02

From: Trina Meyers        Week End:    03/31/02

Re: Lease Drivers Hours

10 Dennis Forinash
| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 9.75 |
| double | 7.50 |
| worked | 57.25 |
| | |
| holiday | 8.00 |

11 Lawrence Murphy
| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 12.75 |
| double | 9.00 |
| worked | 61.75 |
| | |
| holiday | 8.00 |

12 DAVE KNIGHT
| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 9.50 |
| double | 8.00 |
| worked | 57.50 |
| | |
| holiday | 8.00 |

13 LENNY VAN CISE
| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 3.75 |
| double | 5.25 |
| worked | 49.00 |
| | |
| holiday | 8.00 |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE          WEEK ENDING          03/31/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 9.75 | 7.50 | 57.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 65.25 |
| LAWRENCE MUPHY | 40.00 | 12.75 | 9.00 | 61.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 69.75 |
| DAVE KNIGHT | 40.00 | 9.50 | 8.00 | 57.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 65.50 |
| LENNY VAN CISE | 40.00 | 3.75 | 5.25 | 49.00 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 57.00 |

DATE          04/01/02

FROM   TRINA MEYERS

To: Accounts Payable          Date:          04/06/02

From: Trina Meyers            Week End:     04/07/02

Re: Lease Drivers Hours

10 Dennis Forinash      regular         40.00
                        overtime        15.00
                        double            -
                            worked      55.00

                        holiday           -


11 Lawrence Murphy      regular         40.00
                        overtime        22.25
                        double            -
                            worked      62.25

                        holiday           -


12 DAVE KNIGHT          regular         40.00
                        overtime        19.75
                        double            -
                            worked      59.75

                        holiday           -


13 LENNY VAN CISE       regular         40.00
                        overtime        17.25
                        double            -
                            worked      57.25

                        holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER             GAF CORPORATION

PAYROLL DATE         WEEK ENDING            04/07/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 15.00 | - | 55.00 |
| HOLIDAY | - | | | - |
| | | | | 55.00 |
| LAWRENCE MUPHY | 40.00 | 22.25 | - | 62.25 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 62.25 |
| DAVE KNIGHT | 40.00 | 19.75 | - | 59.75 |
| HOLIDAY | - | | | - |
| | | | | 59.75 |
| LENNY VAN CISE | 40.00 | 17.25 | - | 57.25 |
| HOLIDAY | - | | | - |
| | | | | 57.25 |

**DATE**        **04/08/02**

**FROM**   **TRINA MEYERS**

To: Accounts Payable         Date:        04/15/02

From: Trina Meyers             Week End:    04/14/02

Re: Lease Drivers Hours


10 Dennis Forinash       regular        40.00
                         overtime       14.25
                         double          6.00
                             worked     60.25

                         holiday           -


11 Lawrence Murphy       regular        40.00
                         overtime       16.50
                         double          6.00
                             worked     62.50

                         holiday           -


12 DAVE KNIGHT           regular        40.00
                         overtime       18.25
                         double          5.75
                             worked     64.00

                         holiday           -


13 LENNY VAN CISE        regular        40.00
                         overtime       16.00
                         double          6.50
                             worked     62.50

                         holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          04/14/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 14.25 | 6.00 | 60.25 |
| HOLIDAY | - | | | - |
| | | | | 60.25 |
| LAWRENCE MUPHY | 40.00 | 16.50 | 6.00 | 62.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 62.50 |
| DAVE KNIGHT | 40.00 | 18.25 | 5.75 | 64.00 |
| HOLIDAY | - | | | - |
| | | | | 64.00 |
| LENNY VAN CISE | 40.00 | 16.00 | 6.50 | 62.50 |
| HOLIDAY | - | | | - |
| | | | | 62.50 |

DATE          04/15/02

FROM    TRINA MEYERS

To: Accounts Payable          Date:          04/22/02

From: Trina Meyers          Week End:     04/21/02

Re: Lease Drivers Hours


10 Dennis Forinash     regular      40.00
                       overtime     20.00
                       double        2.50
                            worked  62.50

                       holiday         -


11 Lawrence Murphy     regular      40.00
                       overtime     20.75
                       double        2.50
                            worked  63.25

                       holiday         -


12 DAVE KNIGHT         regular      40.00
                       overtime     23.25
                       double        3.50
                            worked  66.75

                       holiday         -


13 LENNY VAN CISE      regular      40.00
                       overtime     16.50
                       double        3.00
                            worked  59.50

                       holiday         -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          04/21/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 20.00 | 2.50 | 62.50 |
| HOLIDAY | - | | | - |
| | | | | 62.50 |
| LAWRENCE MUPHY | 40.00 | 20.75 | 2.50 | 63.25 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 63.25 |
| DAVE KNIGHT | 40.00 | 23.25 | 3.50 | 66.75 |
| HOLIDAY | - | | | - |
| | | | | 66.75 |
| LENNY VAN CISE | 40.00 | 16.50 | 3.00 | 59.50 |
| HOLIDAY | - | | | - |
| | | | | 59.50 |

DATE          04/22/02

FROM   TRINA MEYERS

To: Accounts Payable          Date:        04/29/02

From: Trina Meyers            Week End:    04/28/02

Re: Lease Drivers Hours


10 Dennis Forinash        regular          40.00
                          overtime         11.75
                          double            5.50
                               worked      57.25

                          holiday             -


11 Lawrence Murphy        regular          40.00
                          overtime         20.50
                          double              -
                               worked      60.50

                          holiday             -


12 DAVE KNIGHT            regular          40.00
                          overtime         15.25
                          double            5.00
                               worked      60.25

                          holiday             -


13 LENNY VAN CISE         regular          40.00
                          overtime          3.25
                          double              -
                               worked      43.25

                          holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET


CUSTOMER              GAF CORPORATION

PAYROLL DATE         WEEK ENDING          04/28/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 11.75 | 5.50 | 57.25 |
| HOLIDAY | - | | | - |
| | | | | 57.25 |
| LAWRENCE MUPHY | 40.00 | 20.50 | - | 60.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 60.50 |
| DAVE KNIGHT | 40.00 | 15.25 | 5.00 | 60.25 |
| HOLIDAY | - | | | - |
| | | | | 60.25 |
| LENNY VAN CISE | 40.00 | 3.25 | - | 43.25 |
| HOLIDAY | - | | | - |
| | | | | 43.25 |

DATE          04/29/02

FROM    TRINA MEYERS

To: Accounts Payable          Date:          05/06/02

From: Trina Meyers          Week End:     05/05/02

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime         17.00
                            double            6.50
                                 worked      63.50

                            holiday             -


11 Lawrence Murphy          regular          40.00
                            overtime         26.00
                            double            6.00
                                 worked      72.00

                            holiday             -


12 DAVE KNIGHT              regular          40.00
                            overtime          3.50
                            double              -
                                 worked      43.50

                            holiday             -


13 LENNY VAN CISE           regular          40.00
                            overtime         16.75
                            double              -
                                 worked      56.75

                            holiday             -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING            05/05/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 17.00 | 6.50 | 63.50 |
| HOLIDAY | - | | | - |
| | | | | 63.50 |
| LAWRENCE MUPHY | 40.00 | 26.00 | 6.00 | 72.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 72.00 |
| DAVE KNIGHT | 40.00 | 3.50 | - | 43.50 |
| HOLIDAY | - | | | - |
| | | | | 43.50 |
| LENNY VAN CISE | 40.00 | 16.75 | - | 56.75 |
| HOLIDAY | - | | | - |
| | | | | 56.75 |

**DATE        05/06/02**

**FROM    TRINA MEYERS**

To: Accounts Payable     Date:    05/13/02

From: Trina Meyers     Week End:   05/12/02

Re: Lease Drivers Hours

10 Dennis Forinash

| | |
|---|---|
| regular | 40.00 |
| overtime | 25.50 |
| double | 5.50 |
| worked | 71.00 |
| holiday | - |

11 Lawrence Murphy

| | |
|---|---|
| regular | 40.00 |
| overtime | 25.00 |
| double | 6.00 |
| worked | 71.00 |
| holiday | - |

12 DAVE KNIGHT

| | |
|---|---|
| regular | 40.00 |
| overtime | 27.75 |
| double | 5.00 |
| worked | 72.75 |
| holiday | - |

13 LENNY VAN CISE

| | |
|---|---|
| regular | 40.00 |
| overtime | 21.25 |
| double | 3.75 |
| worked | 65.00 |
| holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          05/12/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 25.50 | 5.50 | 71.00 |
| HOLIDAY | - | | | - |
| | | | | 71.00 |
| LAWRENCE MUPHY | 40.00 | 25.00 | 6.00 | 71.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 71.00 |
| DAVE KNIGHT | 40.00 | 27.75 | 5.00 | 72.75 |
| HOLIDAY | - | | | - |
| | | | | 72.75 |
| LENNY VAN CISE | 40.00 | 21.25 | 3.75 | 65.00 |
| HOLIDAY | - | | | - |
| | | | | 65.00 |

DATE          05/13/02

FROM    TRINA MEYERS

To: Accounts Payable      Date:          05/20/02

From: Trina Meyers        Week End:    05/19/02

Re: Lease Drivers Hours


10 Dennis Forinash

| | |
|---|---|
| regular | 40.00 |
| overtime | 24.50 |
| double | 6.00 |
| worked | 70.50 |

| | |
|---|---|
| holiday | - |


11 Lawrence Murphy

| | |
|---|---|
| regular | 40.00 |
| overtime | 28.00 |
| double | 12.75 |
| worked | 80.75 |

| | |
|---|---|
| holiday | - |


12 DAVE KNIGHT

| | |
|---|---|
| regular | 40.00 |
| overtime | 33.00 |
| double | 4.00 |
| worked | 77.00 |

| | |
|---|---|
| holiday | - |


13 LENNY VAN CISE

| | |
|---|---|
| regular | 40.00 |
| overtime | 24.50 |
| double | - |
| worked | 64.50 |

| | |
|---|---|
| holiday | - |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER            GAF CORPORATION

PAYROLL DATE        WEEK ENDING        05/19/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 24.50 | 6.00 | 70.50 |
| HOLIDAY | - | | | - |
| | | | | 70.50 |
| LAWRENCE MUPHY | 40.00 | 28.00 | 12.75 | 80.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 80.75 |
| DAVE KNIGHT | 40.00 | 33.00 | 4.00 | 77.00 |
| HOLIDAY | - | | | - |
| | | | | 77.00 |
| LENNY VAN CISE | 40.00 | 24.50 | - | 64.50 |
| HOLIDAY | - | | | - |
| | | | | 64.50 |

DATE          05/20/02

FROM    TRINA MEYERS

To: Accounts Payable       Date:       05/28/02

From: Trina Meyers        Week End:   05/26/02

Re: Lease Drivers Hours

10 Dennis Forinash

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 3.25 |
| double | - |
| worked | 43.25 |
| holiday | 8.00 |

11 Lawrence Murphy

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 10.25 |
| double | - |
| worked | 50.25 |
| holiday | 8.00 |

12 DAVE KNIGHT

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 9.25 |
| double | - |
| worked | 49.25 |
| holiday | 8.00 |

13 LENNY VAN CISE

| | | |
|---|---|---|
| regular | 40.00 |
| overtime | 1.50 |
| double | - |
| worked | 41.50 |
| holiday | 8.00 |

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN:  GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          05/26/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 3.25 | - | 43.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 51.25 |
| LAWRENCE MUPHY | 40.00 | 10.25 | - | 50.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 58.25 |
| DAVE KNIGHT | 40.00 | 9.25 | - | 49.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 57.25 |
| LENNY VAN CISE | 40.00 | 1.50 | - | 41.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 49.50 |

DATE          05/28/02

FROM   TRINA MEYERS

To: Accounts Payable          Date:          06/04/02

From: Trina Meyers          Week End:    06/02/02

Re: Lease Drivers Hours


10 Dennis Forinash          regular          40.00
                            overtime          9.75
                            double            4.50
                                worked       54.25

                            holiday           8.00          62.25


11 Lawrence Murphy          regular          40.00
                            overtime          2.50
                            double           22.25
                                worked       64.75

                            holiday           8.00          72.75


12 DAVE KNIGHT              regular          40.00
                            overtime         16.75
                            double            5.00
                                worked       61.75

                            holiday           8.00          69.75


13 LENNY VAN CISE           regular          37.00
                            overtime            -
                            double            4.50
                                worked       41.50

                            holiday           8.00          49.50

# TRANSPORTATION UNLIMITED
## FAX (216) 426-2248
## ATTN: GREG MEYERS
## PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          06/02/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 9.75 | 4.50 | 54.25 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 62.25 |
| LAWRENCE MUPHY | 40.00 | 2.50 | 22.25 | 64.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| VACATION | - | | | 72.75 |
| DAVE KNIGHT | 40.00 | 16.75 | 5.00 | 61.75 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 69.75 |
| LENNY VAN CISE | 37.00 | - | 4.50 | 41.50 |
| HOLIDAY | 8.00 | | | 8.00 |
| | | | | 49.50 |

**DATE**          **06/04/02**

**FROM    TRINA MEYERS**

To: Accounts Payable          Date:          06/10/02

From: Trina Meyers            Week End:      06/09/02

Re: Lease Drivers Hours

10 Dennis Forinash      regular        40.00
                        overtime       19.50
                        double          7.00
                            worked     66.50

                        holiday           -

11 Lawrence Murphy      regular        40.00
                        overtime       25.00
                        double          7.00
                            worked     72.00

                        holiday           -

12 DAVE KNIGHT          regular        40.00
                        overtime       21.50
                        double          6.50
                            worked     68.00

                        holiday           -

13 LENNY VAN CISE       regular        40.00
                        overtime       30.50
                        double            -
                            worked     70.50

                        holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          06/09/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 19.50 | 7.00 | 66.50 |
| HOLIDAY | - | | | - |
| | | | | 66.50 |
| LAWRENCE MUPHY | 40.00 | 25.00 | 7.00 | 72.00 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 72.00 |
| DAVE KNIGHT | 40.00 | 21.50 | 6.50 | 68.00 |
| HOLIDAY | - | | | - |
| | | | | 68.00 |
| LENNY VAN CISE | 40.00 | 30.50 | - | 70.50 |
| HOLIDAY | - | | | - |
| | | | | 70.50 |

DATE          06/10/02

FROM    TRINA MEYERS

To: Accounts Payable          Date:          06/17/02

From: Trina Meyers          Week End:     06/16/02

Re: Lease Drivers Hours

10 Dennis Forinash          regular          40.00
                            overtime         19.00
                            double            -
                                  worked     59.00

                            holiday           -

11 Lawrence Murphy          regular          40.00
                            overtime         29.75
                            double            3.00
                                  worked     72.75

                            holiday           -

12 DAVE KNIGHT              regular          40.00
                            overtime         28.50
                            double            -
                                  worked     68.50

                            holiday           -

13 LENNY VAN CISE           regular          40.00
                            overtime         14.75
                            double            -
                                  worked     54.75

                            holiday           -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          06/16/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 19.00 | - | 59.00 |
| HOLIDAY | - | | | - |
| | | | | 59.00 |
| LAWRENCE MUPHY | 40.00 | 29.75 | 3.00 | 72.75 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 72.75 |
| DAVE KNIGHT | 40.00 | 28.50 | - | 68.50 |
| HOLIDAY | - | | | - |
| | | | | 68.50 |
| LENNY VAN CISE | 40.00 | 14.75 | - | 54.75 |
| HOLIDAY | - | | | - |
| | | | | 54.75 |

DATE          06/17/02

FROM   TRINA MEYERS

To: Accounts Payable        Date:        06/24/02

From: Trina Meyers          Week End:    06/23/02

Re: Lease Drivers Hours

10 Dennis Forinash          regular      40.00
                            overtime     25.50
                            double        4.50
                              worked     70.00

                            holiday        -

11 Lawrence Murphy          regular      40.00
                            overtime     29.50
                            double       13.00
                              worked     82.50

                            holiday        -

12 DAVE KNIGHT              regular      40.00
                            overtime     23.50
                            double        3.25
                              worked     66.75

                            holiday        -

13 LENNY VAN CISE           regular      40.00
                            overtime     18.75
                            double         -
                              worked     58.75

                            holiday        -

TRANSPORTATION UNLIMITED
FAX (216) 426-2248
ATTN: GREG MEYERS
PAYROLL REPORTING SHEET

CUSTOMER          GAF CORPORATION

PAYROLL DATE      WEEK ENDING          06/23/02

| EMPLOYEE NAME | REG HRS. | O/T HRS. | DOUBLE | TOTAL |
|---|---|---|---|---|
| DENNIS FORINASH | 40.00 | 25.50 | 4.50 | 70.00 |
| HOLIDAY | - | | | - |
| | | | | 70.00 |
| LAWRENCE MUPHY | 40.00 | 29.50 | 13.00 | 82.50 |
| HOLIDAY | - | | | - |
| VACATION | - | | | 82.50 |
| DAVE KNIGHT | 40.00 | 23.50 | 3.25 | 66.75 |
| HOLIDAY | - | | | - |
| | | | | 66.75 |
| LENNY VAN CISE | 40.00 | 18.75 | - | 58.75 |
| HOLIDAY | - | | | - |
| | | | | 58.75 |

DATE          06/24/02

FROM    TRINA MEYERS