IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT,<br>    Plaintiff<br><br>v.<br><br>BUILDING MATERIALS<br>CORPORATION OF AMERICA d/b/a<br>GAF MATERIALS CORPORATION<br>and/or BUILDING MATERIALS<br>MANUFACTURING CORPORATION<br>and JOE RINDERLE,<br>    Defendants | CIVIL ACTION<br>No.   03-410 Erie |

## ORDER

AND NOW, to-wit, this _____ day of September, 2005, upon consideration of the foregoing Motion Pursuant to F.R.Civ.P. 56(g) for Discovery Pending Motion for Summary Judgment, it is **ORDERED** that said Motion shall be, and is hereby **GRANTED.**

Plaintiff is given leave, for a period of twenty (20) days, to take the depositions of Leonard Van Cise and Joseph Rinderle, and to the production of the attendance records of Leonard Van Cise while he was working as a contract employee with defendant.

By the Court,

_____
Sean J. McLaughlin, USDJ