IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-410 Erie |
| ) | |
| BUILDING MATERIALS ) | |
| CORPORATION OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this 22nd day of September, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

s/ Sean J. McLaughlin<br>
United States District Judge

cm: All counsel of record.