IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID H. KNIGHT, ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | No.   03-410 Erie |
| ) | |
| BUILDING MATERIALS ) | |
| CORPORATION OF AMERICA d/b/a ) | |
| GAF MATERIALS CORPORATION ) | |
| and/or BUILDING MATERIALS ) | |
| MANUFACTURING CORPORATION ) | |
| and JOE RINDERLE, ) | |
| Defendants ) | |

**STIPULATION OF DISMISSAL**

NOW COME the parties hereto who, pursuant to the provisions of F.R.C.P. 41 (a)(1)

stipulate to the dismissal of the above entitled action, on the merits and with prejudice.

Respectfully submitted,

LAW OFFICES OF TIMOTHY D.  McNAIR

By:_____

Timothy D.  McNair, Esquire
Attorneys for Plaintiff
821 State Street
Erie, Pennsylvania 16501
(814) 452-0700
tmcnair@velocity.net
PA ID# 34304

MacDONALD, ILLIG, JONES & BRITTON

By: _____

Lisa Smith Presta, Esquire
Attorneys for Defendants
100 State St., Suite 700
Erie, PA 16507-1498
(814) 870-7600
lpresta@mijb.com